2:23-cv-00890-RFB-NJK

1

2    SILVIA REGINA OLIVEIRA DA NOBREGA LASKO

3    927 W. SIXTH STREET

4    SAN PEDRO, CA 90731

5    702-885-7887

6    IMAM DOCTOR KEITH ALAN LASKO

7    8604 VIVID VIOLET AVENUE

8    LAS VEGAS, NEVADA 89143

     702-772-6252   acocp@minister.com

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 0 6 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                          DEPUTY

9    **FEDERAL DISTRICT COURT IN STATE OF NEVADA IN LAS VEGAS**

10   SILVIA REGINA LASK0          **PLAINTIFF'S COMPLAINT FOR:**

11   IMAM DOCTOR KEITH ALAN LASKO

12                               )1) VIOLATION STATUTE OF LIMITATIONS

13   **PLAINTIFFS**              ) 2) FRAUDULENT COLLECTION

     **IN PROPER PERSON**        ) 3) REAL ESTATE FRAUD

14                               ) 4) FORCLOSURE FRAUD

15   **V.**                      ) 5) CHAIN OF LENDER FRAUD

16                               ) 6) CHAIN OF TITLE FRAUD

17   **DEFENDANTS:**             ) 7) BREAKING, ENTERING, BURGLARY

18   AMIP MANAGEMENT             ) 8) PERSONAL INJURY

19   WILMINGTON SAVINGS FUND SOCIETY, FSB

20   FCI LENDER SERVICES, INC    )  9) ELDER ABUSE

21   FAY SERVICING               ) 10) MORTGAGE ORIGINATION FRAUD

22   QUALITY LOAN SERVICE CORP.  ) 11) MERS FRAUD

23   COUNTRYWIDE HOME LOANS      ) 12) SECURITIZATION FRAUD

24   CALIBER HOME LOANS, INC.    ) 13) DECEPTIVE FRAUDULENT BUSINESS

25                               ) 14) CIVIL RIGHTS VIOLATION

26   )                           ) 15) HATE SPEECH

27   COMPLAINT FOR FORECLOSURE FRAUD, REAL ESTATE FRAUD,

     VIOLATION OF STATUTE OF LIMITATIONS, CIVIL RIGHTS VIOLATION,

28

1

HATE SPEECH VIOLATION, BREAKING AND ENTERING AND BURGLARY,

PERSONAL INJURY, ELDER ABUSE, PREDATORY LENDING FRAUD,

MORTGAGE ORIGINATION FRAUD, MERS FRAUD, SECURITIZATION FRAUD,

FRAUDULENT COLLECTION, DECEPTIVE FRAUDULENT BUSINESS,

CHAIN OF TITLE FRAUD, CHAIN OF LENDER FRAUD,

## 1-JURISDICTION AND VENUE

This Court has subject matter jurisdiction under 28 U.S.C. SECTIONS 1331 and 1343.

This action commenced pursuant to 28 USC No, 2201, and 28 USC No, 2202.

Federal Court is a proper jurisdiction for a complaint regarding Defendants in different

states, civil rights, hate law violation, violation of Truth in Lending, violation of the

Uniform Commercial Code, Federal Collection Fraud. Jurisdiction and venue is proper in

Nevada courts because the real estate being foreclosed illegally in violation of Nevada

Law on time-barred debt and with no legal document is in Las Vegas, Nevada. Plaintiffs,

Silvia Regina  Lasko and Imam Doctor Keith Lasko are residents of Nevada.  Mosque of

the Golden Rule, which will be destroyed by the Defendants despite no legal right to do

so is in Las Vegas, Nevada, part of our home. Worldwide Ministries of Islam and the

Islamic Institute will be destroyed by the Defendants with no legal right to do so is in Las

Vegas, Nevada. Defendant Caliber Home Loans Inc. ("Caliber") has offices in Nevada

and does business in Nevada and forecloses on homes in Nevada as in this case, with no

legal document and ignoring California federal and state law, ignoring and violating

California and Nevada federal and state law, ignoring statue of limitations of Nevada,

ignoring Statute of Limitations of California, the majority of defendants ignore Nevada

federal Law, ignore California federal Law, ignore Nevada statute of limitations, ignore

Nevada and California Law and  leave the plaintiffs in the street with no place to go,

Plaintiffs were left with Defendants ignoring Nevada and California statute of limitations,

Defendants ignoring Nevada and California federal courts. Countrywide Home Loans

("Countrywide") has business in Nevada and offices in Nevada, engaged in predatory

lending in Nevada including a fraudulent predatory home loan to Silvia Regina Oliveira

Lasko in Nevada in 2007 and Defendants directed their conspiracy of targeting Blacks

and Hispanic uneducated minorities and returned brown and black US servicemen and

2

engaged in "Operation Hustle" to swindle minorities in Nevada and California, take their money and their homes. The rest of the defendants engaged in targeting Blacks and Hispanic undereducated minorities and returned brown and black servicemen and engaged in Operation Hustle along with Countrywide Home Loans and the rest of the defendants all enjoying enrichment with no legal documents and stealing and injuring Silvia Regina Lasko home and other black Hispanics like her, using one after another white fraud foreclosure and illegal collection. The following cheated and with no legal document and broken the Statute of Limitations, now steal the home of yet another black and Hispanic, Silvia Regina Lasko, these are some of the whites robbing her: AMIP MANAGEMENT, WILMINGTON SAVINGS FUND SOCIETY, FSB, FCI LENDER SERVICES, INC, FAY SERVICING. QUALITY LOAN SERVICE CORP., COUNTRYWIDE HOME LOANS, CALIBER HOME LOANS, INC., COUNTRYWIDE HOME LOANS, and prior to these, frauduent attempts by white criminals conspiring to foreclose on Silvia Regina Lasko with: OCWEN FINANCIAL CORP, U.S. BANK TRUST, N.A., MERS, LSF9 MASTER PARTICIPATION TRUST, SUMMIT FINANCIAL CORP., CALIBER HOME LOANS, INC., COUNTRYWIDE HOME LOANS.

------------------------------------------------------------------------------------

**2-Silvia Regina Oliveira Da Nobrega Lasko, ("Silvia Regina Lasko")** born and raised in poverty in Petropolis, Brazil. Educated only to third grade, spoke only Brazilian Portuguese. Married Imam Doctor Keith Alan Lasko. Silvia Lasko home at 8604 Vivid Violet Avenue, Las Vegas, Nevada 89143 with three children. She is afraid of the Defendants taking her home from her, with no place to go, she is afraid that the state will take away her children if they have no home to live in. Their home is a mosque, Mosque of The Golden Rule, Plaintiffs are afraid that this mosque will be destroyed and defaced by the Defendants.

3-Silvia Lasko was tricked by predatory lenders, Countrywide Home Loans, Bank of America, Joe Anderson "Operation Hustle," into signing in May or June 2007 a "No Doc Home Loan", not knowing that "no document loans" are illegal in Nevada and are fraudulent home loan origination. Completely illegal, you must show the financial ability

3

to pay a mortgage, She never was required to show any proof. She was never told that the simple Promissory Note she was tricked into signing by Countrywide Home Loans involved interest, strictly forbidden under Islamic Law. The American Law, Nevada Law, and Islamic Law requires truth and fairness and complete disclosure in all legal contracts. Silvia Lasko was never told her simple promissory note was to be immediately converted into a "monetary instrument", to be packaged with many other contracts, "securatized", and sold all over the world, to investors who at any time could take away her home by people she never knew or had any knowledge that this fraud was being done to her.  Truth in Lending, TILA, Respa, were completely violated, there was no explanation, no understanding of the non-English speaking Black Hispanic girl with no schooling, exactly what the white fraudsters wanted to have Mortgage Fraud to sign the mortgage note which has never been shown by anyone in Nevada or California.

4-She never knew that the simple loan agreement note was sent to MERS, a fraudulent company, that later revealed MERS and no document stored up and was admitted that no foreclosure could never legally occur if MERS was any part, and MERS was was a huge part of the Countrywide Home Loans scheme and all subsequent illegal chains of title and illegal chains of lende, and separated from the Deed of Trust by actions found fraudulent by federal and state courts. She was never told in the loan origination that the loan was a predatory loan targeting uneducated Hispanics barely able to understand English, like her, a discriminatory, racist, hateful, illegal act of fraud, a wholly deceptive practice violating Nevada and federal deceptive business practices law, violating Truth in Lending law, violating RESPA, violation of the Federal Commerce Commission rules and statutes, violating Uniform Commercial Code,  Federal Fair Housing Laws, federal and state anti-discrimination Civil Rights Laws, violating Hate Laws, originating in discrimination and contempt and hatred against uneducated Black and Hispanic people like Silvia Regina Lasko in violation of Nevada State and Federal Civil Rights and Hate Laws. She was never told about the  "securalization" or that it was a scheme resuting in selling the same promissory note thousands of times to thousands of duped investors all over the world who Silvia Regina Lasko never learned about or knew, and each one of them could falsely claim Silvia Regina Lasko's home at any time and fraudly remove her

and her family from their only home, at any time, and that she would never really hold a undisputed and unclouded title to her home. Silvia Regina Lasko never had any dealings with Caliber Home Loans Inc, ("Caliber") who came out of nowhere and with no legal document in July 2018 repeatedly threatened Silvia Lasko to foreclose and auction off her home and kick her and her family into the street. She had never heard of or had any dealings whatsoever with LSF9, or US Trust N A, or Ocwen, or BAC, or Summit Financial Corp,or "Operation Hustle". Silvia only lately learned that Caliber received a fortune in TARP government bail out money it never deserved, and Bank of America and BAC and Countrywide Home Loans were subsequently charged with fraud and paid billions of dollars for fraudulent predatory loans.

5-MERS LATER ADMITTED THAT IT HAS NO DOCUMENTS AT ALL, AND COULD NOT BE PART OF ANY CHAIN OF LENDER OR CHAIN OF TITLE, AND THEREFORE RULED OUT ANY CHAIN OF LENDER OR CHAIN OF TITLE Regarding Silvia Regina Lasko.

6-NONE OF THE FOLLOWING HAS LEGAL NOTE OR LEGAL TITLE:
THE EXTREME LENGTH OF THIS LIST CLAIMING TO TAKE SILVIA REGINA LASKO HOME IS OBVIOUSLY A FRAUD.

7-THE LIST IS IMPOSSIBLE TO BELIEVE, YET THE FOLLOWING LIST ALL HAVE THREATENED AND TRY TO STEAL THE HOME OF SILVIA REGINA LASKO WITH NO LEGAL DOCUMENTS, WITH FORGERIES, WITH THREATS, AND NOW THAT SHE IS SICK WITH CANCER, THEY WANT TO KICH HER INTO THE STREET WITH NO PLACE TO GO, AND HER HUSBAND WHO THEY BROKE INTO HIS HOME AND STOLE HIS HEART MEDICINES AND GAVE HIM A HEART ATTACK AND HE HAS NO PLACE TO GO. THE FOLLOWING IS LIST OF THOSE WHO THREATEN AND INSULT SILVIA REGINA LASKO ALMOST DAILY. THE FOLLOWING LIST ALL THREATENED TO TAKE HER HOME. NONE HAVE LEGAL TITLE OR LEGAL NOTE. ALL VIOLATE COLLECTION FRAUD AND VIOLATE STATUTE OF LIMITATIONS BY MANY YEARS:

1-COUNTRYWIDE HOME LOANS

2-BANK OF AMERICA

3-BOAC

4-OCWEN  FINANCIAL CORP,

5-U.S. BANK TRUST, N.A.,

6-MERS,

7-LSF9 MASTER PARTICIPATION TRUST,

8-SUMMIT FINANCIAL CORP.,

9-CALIBER HOME LOANS, INC.,

10-AMIP MANAGEMENT,

11-WILMINGTON SAVINGS FUND SOCIETY, FSB,

12-FCI LENDER SERVICES, INC,

13-FAY SERVICING.

14-QUALITY LOAN SERVICE CORP.,

15-COUNTRYWIDE HOME LOANS,

16-CALIBER HOME LOANS, INC.,

17-COUNTRYWIDE HOME LOANS,

18-OCWEN  FINANCIAL CORP,

19-U.S. BANK TRUST, N.A.,

20-MERS,

21-LSF9 MASTER PARTICIPATION TRUST,

22-SUMMIT FINANCIAL CORP.,

23-CALIBER HOME LOANS, INC.,

24-COUNTRYWIDE HOME LOANS.


8-TWENTY-FOUR  MEMBERS OF ABOVE CHAIN TRYING TO STEAL HOME

BLACK HISPANIC PLAINTIFF SILVIA REGINA LASKO.


9-NO NOTE, NONE OF THE ABOVE 24 HAS EVER SHOWN ANY LEGAL NOTE,

OR UNBROKEN CHAIN OF LENDER OR UNBROKEN CHAIN OF TITLE. ALL

ARE ILLEGAL AND USED TO STEAL HOME FROM SILVIA REGINA LASKO.

**10-Imam Doctor Keith Alan Lasko,** born Chicago, Illinois, July 4, 1943, lived at home and Mosque, 8604 Vivid Violet Avenue, Las Vegas, Nevada, 89143, since July 2007, Moslem follower of Shariah Law, Imam Lasko found Caliber's threats to destroy the Mosque and to send his wife and children out from their home and into the streets so disturbing and so emotionally terrible, and as a consequence of the terrible Caliber Home Loan threats, the elderly and nearly penniless Imam Doctor Keith Alan Lasko, about to be thrown into the street with his wife, three children, and dog, suffered a major stroke that left him completely unable to speak or write or count or use right hand and is still attempting to recuperate from the elder abuse and personal injury inflicted on him by Caliber's and the other Defendants listed greed. Defendants, even though none ever loaned one cent at any time to Silvia Regina Lasko or Imam Doctor Keith Alan Lasko, and completely ignored and refused them when repeatedly Silvia Regina Lasko and her husband requested seeing any legal documents. Request after request for documents was completely ignored by Caliber, Ocwen, and all the others, which finally sent Silvia Lasko a poorly photostated copy of a Ocwen fraudulently created fraudulent robosigned copy of Silvia Lasko 2007 promissory note robosigned by Michele Sjolander and Laurie Meder who had admitted in Federal lawsuit deposition of Michele Sjolander, that she robosigned "documents" as "true copies" even though the original documents were not available and were never inspected or verified, and her rubber stamped and wood stamped signature was fraudulent and the "documents" provided were fraudulent. Never did anyone produce the original promissory note required to be signed in blue ink. Michele Sjolander and Laurie Meder addmitted the fraud to Federal government under fear of criminal charge.

11-VIOLATE STATE AND FEDERAL LAWS FALSE PRETENSES, STATUTE OF LIMITATIONS, CONTEMPT OF COURT, BREAKING AND ENTERTING AND BURGLARY, FEDERAL FALSE DEBT COLLECTION, OTHER FEDERAL AND STATE LAWS. ALL HAVE BEEN FINED MILLIONS AND BILLIONS OF DOLLARS FOR FRAUD AND AIMED AT DEFRAUDING BLACK PEOPLE AND HISPANICS WITH NO EDUCATION. TO BE CHEATED AND ROBBED OF LIFE SAVINGS THIS DONE BY WHITE TERRORISTS DIRECTED AGAINST NON-WHITES SINCE 2007 "OPERATION HUSTLE" DIRECTED AT UNEDUCATED

BLACKS AND HISPANICS TO CHEAT THEM OF LIFE SAVINGS AND TAKE THE HOME BECAUSE THE COULD NEVER AFFORD TO KEEP THE BLACK OR HISPANICWHO NEVER DEMONSTRATED SUFFICIENT INCOME TO KEEP THE HOUSE AND NEVER REALIZED THE WHITES HAD CHEATED THEM FROM THE VERY BEGINNING WITH FRAUDULENT PREDATORY MORTGAGE INITIATION.

12-In 2007, SILVIA REGINA LASKO, a black and Hispanic Brazilian with no education and barely could understand English, was pushed by Countrywide Home Loans into a non-documented mortgage she never could afford by TILA and RESPA violating "OCCUPATION HUSTLE" by white fraudsters working as Countrywide Home Loans targeting blacks and hispanics with no education and like her could not understand English. And made her "a monetary instrument" and committed MERS fraud and Securalition fraud on her violating entirely TILA and RESPA and no explanation of any of this to Silvia Regina Lasko. Then in 2008 Countrywide Home Loans went broke, and was subsequently succeeded by all the fraudulent following, all of the below who had no legal note, it was destroyed by Securalization and MERS which later admitted had no legal documents and could not take part in any legal foreclosure, with no legal notes, using robo-signed forgeries documents, following all tried to take Silvia Regina Lasko home:

1-COUNTRYWIDE HOME LOANS

2-BANK OF AMERICA

3-BOAC

4-OCWEN  FINANCIAL CORP,

5-U.S. BANK TRUST, N.A.,

6-MERS

7-LSF9 MASTER PARTICIPATION TRUST,

8-SUMMIT FINANCIAL CORP.,

9-CALIBER HOME LOANS, INC.,

10-COUNTRYWIDE HOME LOANS, AMIP MANAGEMENT,

11-WILMINGTON SAVINGS FUND SOCIETY, FSB,

8

12-FCI LENDER SERVICES, INC,

13-FAY SERVICING.

14-QUALITY LOAN SERVICE CORP.,

15-COUNTRYWIDE HOME LOANS,

16-CALIBER HOME LOANS, INC.,

17-COUNTRYWIDE HOME LOANS,

18-OCWEN  FINANCIAL CORP,

19-U.S. BANK TRUST, N.A.,

20-MERS,

21-LSF9 MASTER PARTICIPATION TRUST,

22-SUMMIT FINANCIAL CORP.,

23-CALIBER HOME LOANS, INC.,

24-COUNTRYWIDE HOME LOANS.


13-All of these has tried to cheat Silvia Regina Lasko out of her home and with no legal note or any legal Deed, has counterfeited, robo-signed fake "deed" and broken federal laws, including federal expired collection and state statutes of limitations.


14-All of these are white terrorists conspiracies directly robbing of non-white uneducated victims, and with no legal documents steal homes and life savings of black or uneducated Hispanics like Silvia  Regina Lasko.


15-THERE IS NO SIGNATURE DOCUMENT OR ENDORSEMENT OR MONEY CHANGING HANDS OR EVER ANY MEETING OR HANDSHAKE OR AGREEMENT OR ANY FINANCIAL OR ANY CONTACT OF SILVIA REGINA LASKO WITH ANY OF THE ABOVE ENTITIES. SILVIA REGINA LASKO HAS NEVER MET OR CONTACTED OR ANY  OF THE ABOVE SINCE BEING CHEATED BY COUNTRYWIDE HOME LOANS IN 2007.


16-NONE HAVE EVER PRODUCED ANY LEGAL DOCUMENT OR ANY LEGAL DEED OR ENDORSEMENT OR NOTE AND ALL OF THE ABOVE CLAIM THEY

OWN SILVIA REGINA LASKO HOME AND MOSQUE AND DEMAND SHE
LEAVE AND HEAD FOR THE STREET. THESE ARE ALL FRAUDSTERS WITH
NO LEGAL CLAIM TO SILVIA REGINA LASKO.

**17-THE BREACH OF CONTRACT BETWEEN SILVIA REGINA LASKO
WRITTEN CONTRACT IN 2007 BETWEEN SILVIA REGINA LASKO AND
COUNTRYWIDE HOME LOANS WAS BREACHED BY SILVIA IN 2010. NOW
IN 2023, THE TIME HAS PASSED OF 13 YEARS, CALIFORNIA LAW
ALLOWS 4 YEARS TIME AS STATUTE OF LIMITATION ON A WRITTEN
CONTRACT AND NEVADA ALLOWS ONLY 6 YEARS TIME AS STATUTE OF
LIMITATION ON A WRITTEN CONTRACT. ANY CLAIM BY ANY OF THE
ABOVE HAS LONG AGO PASSED THE STATUTE OF LIMITATIONS. ALL OF
THE ABOVE ARE BREAKING THE LAW IN CLAIMING THEY ARE
ENTITLED TO SILVIA REGINA LASKO HOME. THE STATUTE OF
LIMITATIONS HAS PASSED THEM BY. THIRTEEN YEARS IS MORE THAN
4 YEARS AND MORE THAN SIX YEARS. ALL OF THE ABOVE ARE
IGNORING THE STATUTE OF LIMITATIONS, AND THEY ARE BREAKING
THE LAW. THEY ARE TRYING TO COLLECT TIME-BARRED DEBT.  BACK
IN SEPTEMBER 2010, THE WRITTEN CONTRACT WAS BREACHED AND
ALL THE TIME-BARRED DEBT, WAS TIME BARRED AFTER FOUR YEARS
IN CALIFORNIA AND AFTER SIX YEARS IN NEVADA AFTER 2010. NOW IN
2023, THESE ARE TIME-BARRED DEBTS THAT THEY ARE
FRAUDULENTLY TRYING TO COLLECT. AND THE FEDERAL LAW ON
PURSUING TIME-BARRED DEBT HAS BEEN BROKEN BY EACH OF THEM.**

**18-MOST RECENT ATTEMPT NOW TO USE TIME-BARRED DEBT TO
ILLEGALLY STEAL THE HOME AND MOSQUE OF SILVIA REGINA LASKO.
THIS IS A CRIMINAL ACT, FRAUDULENT FORECLOSURE, FRAUDENT
SALE, FRAUDULENT BUSINESS, AIMED AT BLACK AND HISPANICS, THIS
IS HATE ACT AND SILVIA REGINA LASKO  VICTIM.**

**19-DEFENDANTS DEFY COMPLETELY THE LAW:**
**STATUTE OF LIMITATIONS, SILVIA REGINA LASKO SIGNED IN 2007 AND**
**BROKE THE WRITTEN AGREEMENT IN SEPTEMBE 2010. STATUTE OF**
**LIMITATIONS ENDED AFTHREE OR FOUR YEARS IN CALIFORNIA AND**
**AFTER SIX YEARS IN NEVADA,**

**20-NOW, IN 2023, THE DEFENDANTS ARE PRETENDING THERE IS NO**
**STATUTE OF LIMITATIONS. NEVADA STATUTE OF LIMITATIONS**
**EXPIRED SEVEN YEARS AGO. CALIFORNIA STATUTE OF LIMITATIONS**
**EXPIRED NINE YEARS AGO.**

**21-THE DEFENDANTS ARE BREAKING THE LAW, IGNORING STATUTE OF**
**LIMITATIONS AND IGNORING THE FEDERAL COLLECTION TIME ALSO**
**HAS EXPIRED.**

**22-DEFENDANTS IGNORE THE FEDERAL LAWSUIT OF APRIL 2023 IN**
**CALIFORNIA AND IGNORE THE APRIL 6, 2023 LAW AGAIN BREAKING**
**AND ENTERING AND TRESPASSING AND BURGLARIZING AND STEALING**
**MEDICINES FROM THE HOME OF THE PLAINTIFFS.**

23-The following are acting illegally and damaging Silvia Regina Lasko, who is sick with cancer and threatined and injured by CALIBER HOME LOANS, INC, AMIP MANAGEMENT, WILMINGTON SAVINGS SOCIETY, FCI LENDER SERVICES, INC, FCI LENDER SERVICES, INC, FAY SERVICING, QUALITY LOAN SERVICE CORP. They wish to force Silvia Regina Lasko out of her home and into the street and die. They assume she is too poor and too stupid and too sick with cancer to fight the defendants and the defendants enriching themselves through breaking laws.

24-THE WHITE DEFENDANTS  IGNORE THE FEDERAL LAWSUIT AGAINST THEM FILED APRIL 18, 2O23 in California Federal Court in Los Angeles, defendants ARE IN UTTER CONTEMPT OF A  FEDERAL JUDGE AND FEDERAL COURT.

11

THEY CONTINUE TO SELL THE PROPERTY OF SILVIA REGINA LASKO OVER, MAY 19, 2023, A MONTH AFTER THE COMPLAINT WAS FILED IN FEDERAL COURT. AND IN UTTER DEFIANCE AND IN CONTEMPT OF JUDGE AND COURT, SOLD THE PROPERTY ONE MONTH **AFTER** CASE WAS FILED IN FEDERAL COURT IN CALIFORNIA AND ON INTERNET.

25-On April 6, 2023, after filing of above federal case April 19, 2023, defendant AMIP Management arranged to have men who may have been armed, sent from California to Nevada to break into the home and mosque of Silvia Regina Lasko and Imam Doctor Keith Alan Lasko, at 8604  VIVID VIOLET AVENUE, LAS VEGAS, NEVADA 89143, and burgarize and steal drugs that were legally prescribed for Imam Doctor Keith Alan Lasko that he desperately needed for his heart and blood pressure and this caused him to have a heart attack on April 6, 2023, nearly 80 years of age, elder law violation.

26-Caliber Home Loans, Inc gave the following who were already outside of the expired Statute of Limitations: AMIP MANAGEMENT, WILMINGTON SAVINGS SOCIETY, FCI LENDER SERVICES, INC, FAY SERVICING, QUALITY LOAN SERVICE CORP., have no legal right to take the Lasko home and mosque, have issuing illegal orders to have both Laskos thrown out of the home and into the street.

27-They have no legal document for this and are breaking the law on statute of limitation and federal law on collecting a time-barred debt and are causing severe pain and hardship to Plaintiffs Silvia Regina Lasko and Imam Doctor Keith Alan Lasko.

28-Silvia Regina Lasko is too sick with cancer and radiation to appear in court right now. Imam Doctor Keith Alan Lasko is recovering from heart attack caused by the defendants breaking and entering and burglary, April 6, 2023, and sick and trying to recover, but will come if necessary.

## 29-STATEMENT OF CLAIM

Silvia Regina Lasko was uneducated brown Brazilian married to Mosque leader in

12

America where she worked as a maid with husband and three children.

Crooked real estate salesmen saw this as an opportunity, "Hassle Operation", to cheat stupid uneducated dark skinned foreigner who spoke only Portuguese and no English. They sold her a house with a loan that she could not read or understand in May of 2007. They did not follow the laws saying the mortgage had to be explained clearly to the purchaser. They never explained anything, in violation of TRUTH IN LENDING TILA AND RESPA. They converted her loan to a "financial product" and illegal sold the product to MERS, A FRAUDULENT COMPANY that claimed to have her mortgage and all necessary legal documents, but MERS had no documents at all, it was fraudulent. The mortgage loan was fraudulent because it depended on MERS possessing the title to property, the actual mortgage document and the receipt for the mortgage and the property, but MERS had none of the documents at all, and admitted this, and admitted that no legal sale of the property or transfer could be done if MERS was any part of the transaction. MERS was used by the crooked real estate people to avoid paying the state fees for transferring of the legal documents. The real estate agents were cheating Silvia Regina Lasko, who did not understand the MERS was fraud and all legal documents she needed for title and ownership of the property were being lost.

30-The crooked real estate people of Countrywidw Home Loans and "Operation Husstle" then securalizited the title and the ownership of the property and the mortgage loan, by taking the title and the mortgage document and making many copies of these documents which they sold again and again to people all over the world who did not know they were all buying the same property or the same mortgage note that Silvia Regina Lasko had signed and could never again have clear title to either the property or her signed mortgage note and she had no idea that this swindle was going on and that there were people all over the world who thought they owned the same property and the same mortgage note.

31-As the government of the United States learned of the fraud of Countrywide Home Loans, and began to investigate, the leader of the conspiracy to defraud black and brown uneducated  people suddenly escaped to the U.S.Virgin Islands to later return as this same fraud as Caliber Home Loans, and his Countrywide Home Loans was bought by Bank of

America that changed name of loan department to Bancorp and began paying huge fines to the U.S. government for fraud and racial discrimination.

32-At first payments were made to Countrywide Home Loans, then Silvia Regina Lasko was notified by Bank of America and Bancorp to pay the money every month to Bancorp. Then she was told by Bancorp (Bank of America) to pay Ocwen Financial every month. She began to learn of the fraud that Countrywide Home Loans and Bank of America and Bancorp and Ocwen were doing and the multi billion fines that the U.S. Government was levying against these crooked Defendants and September 2010 she stopped paying the mortgage. Subsequently Ocwen began threats to Silvia Regina Lasko and Imam Doctor Keith Alan Lasko to throw them into the street if they does not resume payments to them. The Laskos demanded to see the documents that included the note signed by Silvia Regina Lasko, and the title to the property, and all other legal documents from Ocwen. After many months of requesting such documents, Ocwen finally admitted they had no documents at all.

33-A year later, Ocwen produced a photostat claimed to be the Note from Silvia Lasko, but then in a U.S. lawsuit against Ocwen the "note" was admitted to be a fraud and two young girls hired by Ocwen admitted under oath that Ocwen hired them to stamp with wood blocks saying fraudulently that the girls saw the notes and stamped thousands of such notes every day with the wood blocks, none of the real notes was ever seen, the girls just stamped  "TRUE COPIES" OF NOTES THEY NEVER SAW, and Ocwen then passed on the fake documents and thereby stole thousands of homes. The U. S. Govoment learned of the Ocwen fraud and fined Ocwen billions of dollars and forbid Ocwen from selling or doing this crooked forgery fraud business of "Robo-signing". Every U.S. state and District of Columbia also banned this fraud except Oklahoma. So from a site in Texas and using a Oklahoma mailing address, now returned from the Virgin Islands, came the crook who had been running the Countrywide Home Loans scam to now establish "Caliber Home Loans"  TO CONTINUE WITH USING THE FAKE OCWEN FRAUD FORGED DOCUMENTS TO STEAL THOUSANDS OF HOMES, MAINLY OF BLACKS OR HISPANICS AS CALIBER HOME LOANS,

INCLUDING SILVIA REGINA LASKO.

34-Caliber then begins a campaign of threats and harassment and never ending letters to Silvia  Regina Lasko and Imam Doctor Keith Alan Lasko threatening to throw them into the street with their furniture, three children and dog, causing the elderly Imam Doctor Keith Alan Lasko to fear losing his house and mosque. The Islamic penalty for losing a mosque is an eternity in Hell. Imam Doctor Keith Alan Lasko then suffers a full blown stroke. The harassment and threats and the specter of being helpless in the street result in Imam Doctor Keith Alan Lasko unable to speak or use his right hand and can no longer count or remember the alphabet.

35-The problem for Caliber is the fraudulent title, the fraudulent Note, and the fact that the Statute of Limitations is making the fake documents time-barred. Silvia Regina Lasko realized she was victimized by Countrywide Home Loans and stopped paying the mortgage in 2010, the Statute of Limitations for breech of a written contract regarding mortgage is four years in California and six years in Nevada, it is now 2023, the Statute of Limitations has made the Caliber and Ocwen fake documents time-barred. Caliber then sells the time barred documents to AMIP Management, Wilmington Savings Fund Society FSB, FCI Lender Services, INC, and FAY Servicing, LLC, all of whom hope to threaten and harrass and even break in and trespass the Laskos who after all, are dark skinned and stupid and too sick and too easily frightened that they will not realize that the Defendants are time-barred from taking their home or else they hope to break the laws.

36-And the Defendants fully expect to get away with fake title, fake Note, fake chain of title and fake chain of the note and may not notice that nowhere on any document do the names appear of AMIP Management, WilmingtonSavings Fund Society FSB, FCI Lender Services, INC, and FAY Servicing, LLC.

37-The ongoing civil rights violations, the violation of the Statute of Limitations, the breaking and entering and burglary, the abuse of black and brown people by the Defendants can be stopped by this Court.

The Plaintiffs have been damaged severely and should be allowed to keep their home and their mosque. Each of the Defendants should pay each of the Plaintiffs two million dollars in damages, two million dollars in punitive, and exemplary damages as the Court sees sufficient to stop the Defendants from continuing their malicious and hateful abuses, also some payment of Laskos expenses and legal costs would be requested. Exemplary fines should be inflicted on the Defendants for the damages against Black people and Hispanic people and the Hatred of Speech and Hatred of Actions from the origins of Countrywide Home Loans and " "Hassle Operation" to the continuing anti Black anti Hispanic successors at Caliber Home Loans and AMIP MANAGEMENT, WILMINGTON SAVINGS FUND SOCIETY, FSB, FCI LENDER SERVICES, INC, FAY SERVICING. QUALITY LOAN SERVICE CORP.,

**END OF STATEMENT OF CLAIM**

38-DEFENDANTS IN CONTEMPT OF FEDERAL COURT IN CALIFORNIA, AND WITH NO LEGAL DOCUMENT, DID POST PHOTOSTATS OF ROBO-SIGNED COUNTERFEIT OF DEED AND NO NOTE WHATSOEVER BUT WOULD BE BLUE WRITING IF FOUND, BUT WAS DESTROYED IN TEARING UP ORIGINAL NOTE IN SECURALITION FRAUD, THERE IS NO LEGAL DOCUMENT, AND DEFENDANTS ARE IGNORING THE FACT THAT THE BREACH OF WRITTEN CONTRACT OCCURRED IN SEPTEMBER 2010. STATUTE OF LIMITATIONS ON BREACH OF A WRITTEN CONTRACT, STATUTE OF LIMITATIONS WAS UNTIL FOUR YEARS LATER IN CALIFORNIA AND SIX YEARS LATER IN NEVADA. NOW IN 2023, THE STATUTE OF LIMITATIONS IS IGNORED BY AMIP MANAGEMENT, WILMINGTON SAVINGS SOCIETY, FCI LENDER SERVICES, INC, FAY SERVICING, QUALITY LOAN SERVICE CORP., CALIBER  HOME LOANS INC. AND THE SALE OF HOUSE AND FORECLOSURE ARE COMPLETELY ILLEGAL. IN 2010, SILVIA REGINA LASKO BREACHED THE MORTGAGE AND NOW 23 YEARS LATER, DEFENDANTS IGNORE THE CALIFORNIA STATUTE OF LIMITATION FOR A BREACH OF A WRITTEN CONTRACT IS 4 YEARS AND THE NEVADA STATUTE OF LIMITATIONS IS SIX YEARS, BOTH ARE BEYOND THE 23 YEARS STATUTE OF LIMITATIONS.

39-DEFENDANTS ARE TRYING TO VIOLATE THE STATUTE OF LIMITATIONS AND STEAL THE HOME WITH FORECLOSURE FRAUD AND HOUSE SALE FRAUD AND EVEN IGNORE THE FEDERAL AND STATE LAW ON BREAKING AND ENTERING AND BURGLARY AND STEAL MEDICINES, AND IGNORING THE FEDERAL CLAIM OF APRIL 2023, AND THE FEDERAL JUDGE, FEDERAL COURT, AND UTTER CONTEMPT FOR THE LAW, AND CONTINUING HATRED AND CONTEMPT FOR UNEDUCATED BLACKS AND HISPANICS, LIKE VICTIM SILVIA REGINA LASKO.

**40-Caliber Home Loans Inc**. address at 16745 W. Bernardo Drive, Suite 300, San Diego, CA 92127. Caliber Home Loans Inc., 13801 Wireless Way, Oklahoma City, OK 73134 This is a forwarding address only. The real address is in Irving, Texas, 3701 Regent Blvd., #200, Irving, TX 75063. The Oklahoma address is fraud done because only Oklahoma allowed Caliber and Ocwen to continue fraud of predatory loans after the federal government fined billions of dollars and cease and desist in every other state and the District of Columbia. Caliber and fellow fraudster Ocwen were forbidden from taken homes with fake forged documents. The "documents" were a robosigned photostat of a "note" robosigned by Ocwen robosigned rubber stamped Michele Sjogren "Executive Vice President" and Laurie Meder "Senior Vice President", fraudulent robosigned forgeries that were the only "documents" used by the Defendants to illegally fake "documents" robosigned and a forgery, according to the words of the Missouri Attorney General who fined and obtained criminal sentences for perpetrators of robosigned fraudulent foreclosures, constitutes fraud, and a racketeering scheme of unjust enrichment through fraud, threats, extortion of moneys. The robosigned fraud using a Michelle Sjogholm and Laurie Meder fake "document" and ignoring the sworn testimony of Michele Sjogren in a federal court regarding the fraudulent nature of the robosigned "documents" by high school students looking for a job and signing as Vice-Presidents thousands of fake copies of documents they never saw but certified as "true copies".

41-Defendants criminal interference with Right to Fair Housing, 42 U.S.C. § 3631 makes

it a crime to use, or threaten to use force to interfere with housing rights because of the victim's race, color, religion, sex, disability, familial status, or national origin.

42-Defendants submission to federal court of counterfeit documents is civil and criminal act by:

OCWEN  FINANCIAL CORP,

U.S. BANK TRUST, N.A.,

MERS,

LSF9 MASTER PARTICIPATION TRUST,

SUMMIT FINANCIAL CORP.,

CALIBER HOME LOANS, INC.,

COUNTRYWIDE HOME LOANS, AMIP MANAGEMENT,

WILMINGTON SAVINGS FUND SOCIETY, FSB,

FCI LENDER SERVICES, INC,

FAY SERVICING.

QUALITY LOAN SERVICE CORP.,

COUNTRYWIDE HOME LOANS,

CALIBER HOME LOANS, INC.,

43-The time barred property was then tried to be taken by the new "Servicers":

**CALIBER HOME LOANS, INC., AMIP Management, FCI Lender Servicers,Inc., FAY Servicing, Wilmington Savings Fund Society, FSB, FAY Servicing, Quality Loan Service Co,** which had never loaned or had any financial dealings with the Laskos, none of whom had any legal doctument or any signature of the Laskos, none of whom had any standing, other then a desire to steal the property of the Laskos and a desire to pretend property law and Statute of Limitations does not exist. The following new fraudulent Defendants joining the fraud of Countrywide Home Loans and Caliber Home Loans, Inc., are:

1-AMIP Management (American Mortgage Investment Partners Management, LLC) P.O. Box 2741, Seal Beach, CA 90740:

2-WIlmington Savings FSociety, FSB, (WSFS Bank, Corporate Trust, 500 Delawars

Avenue, 11th Floor, Wilmington, DE 19801; 8180 East Kaiser Blvd., Anaheim, CA 92808;

3-FAY Servicing, LLC, 901 S. 2nd Street, Suite-201, Springfield, IL 62704;

4-FCI Lender Services, Inc., P.O. Box 28720, Anaheim, CA 92809-0157;

5-Quality Loan Service Corp.,2763 Camino Del Rio S., 1st Floor, San Diego, CA 92108, none of which had ever any dealings with Silvia Regina Lasko or Imam Doctor Keith Lasko.

## 44-VIOLATION OF STATUTE OF LIMITATIONS

Under the Statute of Limitations, California, Nevada, federal, Uniform Commercial Code, and the Doctrine of Laches, Defendants violate the Statute of Limitations when Defendants rely on an expired Statute of Limitations that the Promissory Note of 2007 and breach of contract 2010 relied on by the Defendants to foreclose have long ago expired regarding the home and mosque of Silvia Regina Lasko and Imam Doctor Keith Alan Lasko at 8604 Vivid Violet Avenue, Las Vegas, Nevada, 89143. Silvia Regina Oliviera Da Nobrega Lasko ceased payment on her house in September 2010  when she discovered the home loan was illegal in Nevada and was racist and predatory targeting Blacks and Hispanics and a crime in California, violated Truth in Lending Laws, violated the Uniform Commercial Code, violated Civil Rights, violated federal fair housing laws, violated Hate Crime Laws, was fraudulent securalization, MERS fraud, was fraudulent loan origination, and was thoroughly illegal.

45-Over twelve and a half years violates Doctrine of Laches, exceeds the California statute of limitations and the Nevada statute of limitations on a promissory note specifically including promissory notes for home loans. This is far beyond the California, Nevada, federal, Uniform Commercial Code, Statute of Limitations for a predatory loan by Countrywide Home Loans fraudulently violating Truth In Lending Act, RESPA, and Uniform Commercial Code, and MERS order to stop any MERS related foreclosure, and as part of "Operation Hustle" to cheat Hispanics and Blacks by a predatory lender and issue illegal in Defendants to the fraudulent loan origination in 2007 and the fraudulent promissory note from 2007, are the sole basis for Defendants threat of foreclosure against

1

Plaintiffs.

2

3    **46-CIVIL RIGHTS VIOLATION**

4    Defendants ignore Freedom of Religion, violate civil rights, violate Islamic Law and

5    Shariah Law and seeks to destroy Islamic places of worship, like the Mosque. The United

6    States Department of Justice alleged that Countrywide's Consumer Markets Division

7    "engaged in a pattern or practice of discrimination on the basis of race and national

     origin" from 2004 to 2008.

8

9    47-This included the uneducated weak in English Black Hispanic Silvia Regina Lasko in

10   2007 being victim of Countrywide Home Loans Inc predatory lending and loan

11   origination fraud. In 2011 the DOJ settled the allegations with Countrywide's then-

     owners for $335 million. In 2014 the Department of Justice reached a $16 billion

12   settlement that in part covered DOJ claims of "origination of defective residential

13   mortgage loans by Countrywide's Consumer Markets Division" and "the fraudulent sale

14   of such loans to the government sponsored enterprises Fannie Mae and Freddie Mac.

15

16   48-August, 2016, Caliber was sued by Black borrowers for predatory lending targeting

17   minorities and discriminatory practices in servicing and foreclosures.

18

19   49-The Civil Rights Act of 1964 and 1968 has been updated to include violations of

20   undereducated Hispanics and Blacks who are taken advantage of and exploited based on

21   their race, ethnicity, nation of origin, and sexual preference, including violations of the

22   rights of trans sexuals, homosexuals, and Lesbians, Plaintiffs mosque is the only mosque

     in the world that accepts trans sexuals, homosexuals, and Lesbian.

23

24   50-The Mosque is victim of Civil Rights violation including the Religious Freedom

25   Restoration Act, the Civil Rights Act of 1964 and 1968, and Title 42 Section 1983, and

26   the First Amendment Right in the US Constitution guarantee of Freedom of Religion and

     Freedom of Religious Expression. The Worldwide Ministries of Islam, the Islamic

27   Institute, the Worldwide Ministries of Shariah, American College of Islamic Physicians,

28

all are headquartered at the Mosque of Imam Doctor Keith Alan Lasko and his wife Silvia and are damaged if the Mosque is destroyed by the Defendants, and deprived of their Civil Rights as guaranteed by the Religious Freedom Restoration Act, the Civil Rights Act of 1964 and 1968, and the First Amendment Right in the US Constitution guarantee of Freedom of Religion and Freedom of Religious Expression. The Mosque is the only Mosque in America that accepts trans-sexuals. This is a cruel and unconscionable deprivation of civil rights by the Defendants. Foreclosure of a church or a mosque by a state, county, city, sheriff, federal agency, any government official, or a court, places government above religion, on top of a church or mosque, and violates the separation of church and state. It violates the First Amendment, Freedom of Religion, RFRA, due process guaranteed by the fifth and fourteenth Amendment, and violates the free practice of religion, and ignores U.S. Supreme Court case law: Violation of Religious Freedom: Church of Lukumi Babalu v. Hiahleah 508 U.S. 520 (1993), Sherbert V. Verner U.S. 398 (1963), Wisconsin v. Yoder 406 U.S. 205 (1972), Religious Freedom Restoration Act: 42 USC 2000bb-1 "Free Exercise of Religion Protected".

51-The Religious Land Use (RLUIPA), Title 42, USC-Chapt.21C: State and Federal Courts must apply strict scrutiny to any governmental actions substantially infringing on the free exercise of religion in cases involving land use. Damage to Religious Property, Church Arson Prevention Act, 18 U.S.C. § 247, prohibits the intentional defacement, damage, or destruction of religious real property because of the religious nature of the property, where the crime affects interstate or foreign commerce, or because of the race, color, or ethnic characteristics of the people associated with the property. The Unruh Civil Rights Act is a piece of California legislation that specifically outlaws discrimination based on sex, race, color, religion, ancestry, national origin, age, disability, medical condition, genetic information, marital status, sexual orientation, citizenship, primary language, or immigration status.

## 52-MORTGAGE ORIGINATION FRAUD

The origination of the home loan was illegal. The Note was fraudulently transacted. Fraud negates all transactions derived from fraud.

MERS is unenforceable, null and void under UCC 3-305(B)(1)(ii)(iii). Illegality based in

fraud that induced the obligor to sign the instrument with neither knowledge nor reasonable opportunity to learn of its charater or its essential terms. *Uniform Commercial Code § 3-305. DEFENSES AND CLAIMS IN RECOUPMENT: UCC§ 3-305. DEFENSES AND CLAIMS IN RECOUPMENT.*

*(a) Except as otherwise provided in this section, the right to enforce the obligation of a party to pay an* instrument *is subject to the following: (1) a defense of the obligor based on (i) infancy of the obligor to the extent it is a defense to a simple contract, (ii) duress, lack of legal capacity, or illegality of the transaction which, under other law, nullifies the obligation of the obligor, (iii) fraud that induced the obligor to sign with neither knowledge nor reasonable opportunity to learn of its character or its essential terms*

This is extreme violation of Truth In Lending Laws, extreme violation of the Uniform Commercial Code, and was part of Operation Hustle in which Joe Anderson and Countrywide Home Loans and Bank Of America targeted poor uneducated Hispanics and Blacks and returned minority Servicemen for racism, exploitation, abuse.

53-IT IS A MAXIM THAT FRAUD NEGATES TRANSACTIONS. THE LOAN ORIGINATION FRAUD INCLUDED PREDATORY LOAN FRAUD, TRUTH IN LENDING FRAUD, UCC FRAUD, SECURIZATION FRAUD, MERS FRAUD, ROBO-SIGNING FRAUD, FRAUDULENT DOCUMENT SUBMISSION, AND VIOLATION OF CIVIL RIGHTS LAWS.

54-THE CLAIM OF CALIBER AND THE DEFENDANTS THAT THIS MORTGAGE LOAN FRAUD SHOULD ALLOW THEM TO STEAL A HOME IS A SEVERE VIOLATION OF RULE OF LAW AND IS NEVADA AND CALIFORNIA CRIMINAL PREDATORY LENDING FRAUD, RACIST, HATE CRIME.

**55-SECURITIZATION FRAUD**

Countrywide and Bank of America engaged in fraudulent loan origination with the Defendants, including Securitization of Silvia Regina Lasko signed Mortgage Loan Agreement with no explanation of the process of secularization to uneducated Portuguese speaking Hispanic Silvia Lasko, violating Truth in Lending and Uniform Commercial

Code. These require explanation and informed acceptance which was never explained to Silvia Lasko and which is highly complex for even a financial expert, and absolutely not intelligible for uneducated, language-deficient Silvia Regina Lasko, and designed to be highly complex and violating Truth in Lending and Uniform Commercial Code, to the harm of Silvia Regina Lasko who had no idea that the paper she signed would be wrapped in packages of multiple loan agreements from unknown others and sold to investors all over the world, perhaps selling Silvia Lasko signed agreement thousands of times and with no knowledge or agreement or explanation for Silvia Regina Lasko. This fraudulently deprived Silvia Regina Lasko of ever holding secure title to home she was buying. At any time a defrauded investor from anywhere in the world can come unexpectedly and throw Silvia Regina Lasko and her family from their home. "Securitization" has been described as a severe fraud that exposes the victim to loss of any security in their home no matter if paid off or not. In combination with criminal predatory lending fraud targeting Blacks, securitization meaning the Black victim can never own property or a home or a place to worship, exactly like slavery outlawed by 13th and 14th Amendments.

56-This is an extreme violation of Truth in Lending and the Uniform Commercial Code. Signers of the note have no say in the matter and are never told what was done with the note, it is never disclosed in the mortgage origination. It would take an extremely savvy person, not an uneducated one, to understand why this securitization is potentially disastrous to the homeowner whose note has been securitized. It would take an omniscient homeowner to even know that securitization is going on.

57-The United Nations Treaty and Declaration of Human Rights have the same effect as the U.S. Constitution and the acts of the Defendants that violate the above civil rights of the Plaintiffs are also violations of the Declaration of Human Rights Articles 1, 2, 4, 6, 7, 8, 10, 17, 18, 30.

**58-MERS FRAUD**

United States Bankruptcy Judge Robert Grossman has ruled that MERS's business

practices are unlawful. ... MERS was a fraud from day one, whose purpose was to evade property recording fees and to subvert five centuries of property law.

Countrywide and Bank of America immediately on signing of mortgage loan note by Silvia Lasko, and with the Defendants, securitized the note and sent the note to MERS which then had the note separated fron the mortgage, an act that negates the note because the note must be secured by the mortgage and the separation cannot be undone legally, it is irreversible.

*U.S. Bankruptcy Judge Robert E. Grossman:*

*"Merscorp Inc., operator of the electronic-registration system that contains about half of all U.S. home mortgages, has no right to transfer the mortgages under its membership rules"..."MERS's theory that it can act as a 'common agent' for undisclosed principals is not supported by the law,"*

*Grossman wrote in a Feb. 10 opinion.* **"MERS did not have authority, as 'nominee' or agent, to assign the mortgage absent a showing that it was given specific written directions by its principal,,,MERS and its partners made the decision to create and operate under a business model that was designed in large part to avoid the requirements of the traditional mortgage-recording process," Grossman wrote. "The court does not accept the argument that because MERS may be involved with 50 percent of all residential mortgages in the country, that is reason enough for this court to turn a blind eye to the fact that this process does not comply with the law".**

MERS itself has ruled against any more foreclosures in its name. New York Reaches $25M Settlement Over MERS Actions. New York Attorney General Eric Schneiderman secured $25 million from three of the nation's top servicing shops after filing a ""lawsuit"": http://dsnews.comarticles/new-york-ag-sues-three-largest-lenders-over-mers-2012-02-03 early last month regarding foreclosures he says were improperly processed through Mortgage Electronic Registration System (MERS). Lawsuit alleges that MERS owes California a potential $60-120 billion in unpaid land-recording fees. New York attorney general settles with MERS and three banks including Bank of America for $25 Million dollars for banks' deceptive use of MERS that led to the creation of false documents, and foreclosure fraud.

**59-MERS, admitted they had no physical documents for foreclosures. In 2016, MERS ordered mortgage servicers and banks to halt foreclosures including MERS. The Defendants have used MERS to fraudulently continue in its Chain of Title fraud, and its Chain of Mortgage Fraud. The removal of MERS from the Chain of Title ant the Chain of Mortgage Fraud is one more break in these Chains that invalidates the Defendants claims to hold legal title to the home of Silvia Regina Lasko. MERS is unenforceable, null and void under UCC 3-305(B)(1)(ii)(iii). Illegality based in fraud that induced the obligor to sign the instrument with neither knowledge nor reasonable opportunity to learn of its charater or its terms.**

**60-DECEPTIVE AND FRAUDULENT BUSINESS PRACTICES**

NRS: CHAPTER 598 - DECEPTIVE TRADE PRACTICES

A person engages in a "deceptive trade practice" when, in the course of his or her business or occupation, he or she knowingly violates this

NRS: CHAPTER 598A - UNFAIR TRADE PRACTICES

The Nevada Fraudulent Business Law and the California Unfair Practices Act, beginning at Section 17000 of the California Business & Professions Code, prohibits unfair competition and "any unlawful, unfair or fraudulent business, similar law VIOLATION OF THE UNIFORM DECEPTIVE TRADE PRACTICES ACT (UDTPA) violation of the federal Uniform Deceptive Trade Practices Act and harms Plaintiffs.

**61-FRAUDENT COLLECTION**

It is against the law for a collector to sue you or threaten you on a time-barred debt. The Federal Trade Commission and the federal Fair Debt Collection Practices Act can prosecute this illegal act. The debt collection activities are illegal if the Defendants do not hold license to engage in debt collection activities in Nevada and California and failed to register with the Nevada Secretary of State or the California Financial Institution Division. All claims set forth above are violations of the Federal Fair Debt Collection Act. Defendants have made false claims to money they were never owed and property they had no legal standing to take. Defendants have engaged in illegal collection in demanding $80,000 from the plaintiffs and acting to take away plaintiff's home and

mosque worth over $600,000. The defendants refusal to show any license as legal debt collectors their collection efforts based on fraud regarding time barred and illegal fake documents and fraudulent originatiing documents that have never been produced. Original documents must be produced for any claim to real estate, no original documents were ever produced, nor can they ever be produced since they were destroyed at origin of Silvia Regina Lasko signing, because the original documents were destroyed by MERS and Securalization. It is against the law for a collector to sue you or threaten you on a time-barred debt. Article 3 of the Uniform Commercial Code (UCC) to foreclose the forecloser must have the original note. None of the Defendants has ever produced the original note signed in blue ink. Deutsche Bank National Trust Company v. Steele, 2008, Ohio Federal Judge Christopher Boyko, ruled that foreclosure cannot proceeed because the actual owners, as in the case of Silvia Regina Lasko, LSF9 and US Bank Trust NA and Caliber are not the lenders that originally issued the loan. US Bank Trust NA v Lopez, 2917 IL App (2d) 2017, US Bank Trust NA as owner trustee, as in the case of Silvia Lasko, had lack of standing by US Bank Trust NA to foreclose on a note that was not endorsed to US Bank Trust NA. No promissory note naming US Bank Trust NA ever existed, and US Bank Trust NA appears to be a sham used by Caliber to illegally foreclose. The Uniform Commercial Code (UCC) Article 3-3-203 (c) promissory note cannot be transferred to US Bank or US Bank Trust NA or anyone else without endorsement by the transferor. There was never any endorsement and the note was destroyed by the "securitization" when it was transferred to MERS and separated from the Deed of Trust. The note was divided up and packaged into pieces sold to investors all over the world and may have been sold many times over, thus permanently destroying the note, destroying the value of the note, and never allowing Defendants fraudulent claims. The Statute of Limitations time-bars Defendants foreclosure on the property of Silvia Regina Lasko.  It is against the law for a collector to sue you or threaten you on a time-barred debt. The auction of Plaintiff property and foreclosure is illegal and constitutes foreclosure fraud.

**62-FORECLOSURE FRAUD**

The Statute of Limitations time-bars Defendants foreclosure on the property of Silvia

Regina Lasko and the mosque. It is against the law for a collector to sue you or threaten you on a time-barred debt. The auction of Plaintiff property and foreclosure is illegal and constitutes foreclosure fraud. The Defendants have no legal document. Their "note" is a forgery and merely a photostate of a Note that was actually destroyed by the illegal fraudulent "Securalizaion", it is forgery.

63-Imam Lasko is 80 years old July 4, 2023, has no savings, no stock, no bonds, poor health, a stroke, two heart attacks, has nowhere to go if he loses home and mosque, three children who told him he cannot stay with them, the remaining alternative for Imam Doctor Keith Alan Lasko is the street.

## 64-BREAKING AND ENTERING AND TRESPASS

April 6, 2023, On the orders of the California Defendants, AMIP MANAGEMENT of California, at nine AM, the mosque and home of Imam Doctor Keith Alan Lasko were broking into, in Nevada, door smashed, locks removed, strangers entered and trespassed, heart medicines stolen, ignoring the mosque posters and signs as invaders defiled the mosque. The Imam Doctor Keith Alan Lasko hid in the kitchen not knowing if the intruders had guns, as they helped themselves to everything in the house and left a note saying they were authorized for the break in by AMIP MANAGEMENT of California, "the owner of the home" and mosque. There was no warrant, no court order, no legal document, there had never been any legal document authorizing this. In similar circumstances, lives could be lost, and Imam Doctor Keith Alan Lasko could have been shot, and subsequently he went to urgent care, was examined, had a cardiogram, and was told at urgent care to immediately go to hospital as he had heart attack.

## 65-DEFILING A HOUSE OF GOD

More than the injury to the heart, ImamDoctor Keith Alan Lasko suffered from the defilement of the Mosque and the blatant disrespect to the Prophet Mohammad. May he forgive them. The acts against the civil rights of the Plaintiff and the cruel Defendants that they could act with utter impunity to break federal and state laws, submit fake documents, take homes and mosques with absolutely no legal documents, ignore Statutes

of Limitations, ignore all civil rights laws, and treat Black people and Brown people with utter contempt of Ku Klux Klan.

## 66-ELDER ABUSE

Nevada law NRS 200.5099 against Elder Abuse, Elder Abuse California Probate Code § 859. ***Wrongful taking, concealment or disposition of property; liability; remedies:*** If a court finds that a person has in bad faith wrongfully taken, concealed, or disposed of property belonging to a conservatee, a minor, an elder, a dependent adult, a trust, or the estate of a decedent, or has taken, concealed, or disposed of the property by the use of undue influence in bad faith or through the commission of elder or dependent adult financial abuse, the person shall be liable for twice the value of the property recovered by an action under this part.

California Civil Code § 3345. ***Unfair or deceptive practices against senior citizens or disabled persons; treble damages:***(a) This section shall apply only in actions brought by, on behalf of, or for the benefit of senior citizens or disabled persons, as those terms are defined in subdivisions (f) and (g) of Section 1761, to redress unfair or deceptive acts or practices or unfair methods of competition.

California Penal Code § 368. ***Crimes against elder or dependent adults***(a) Any person who knows or reasonably should know that a person is an elder or dependent adult and who, under circumstances or conditions likely to produce great bodily harm or death, willfully causes or permits any elder or dependent adult to suffer, or inflicts thereon unjustifiable physical pain or mental suffering, or having the care or custody of any elder or dependent adult, willfully causes or permits the person or health of the elder or dependent adult to be injured, or willfully causes or permits the elder or dependent adult to be placed in a situation in which his or her person or health is endangered, is punishable by imprisonment in a county jail not exceeding one year, or by a fine not to exceed six thousand dollars ($6,000), or by both that fine and imprisonment, or by imprisonment in the state prison for two, three, or four years.(2) If in the commission of an offense described in paragraph (1), the victim suffers great bodily injury, as defined in Section 12022.7, the defendant shall receive an additional term in the state prison as follows:(A) Three years if the victim is under 70 years of age.(B) Five years if the victim

is 70 years of age or older.(3) If in the commission of an offense described in paragraph (1), the defendant proximately causes the death of the victim, the defendant shall receive an additional term in the state prison as follows:(A) Five years if the victim is under 70 years of age.(B) Seven years if the victim is 70 years of age or older.(c) Any person who knows or reasonably should know that a person is an elder or dependent adult and who, under circumstances or conditions other than those likely to produce great bodily harm or death, willfully causes or permits any elder or dependent adult to suffer, or inflicts thereon unjustifiable physical pain or mental suffering.

67-If it is established that a person who is liable for damages pursuant to this section acted with recklessness, oppression, fraud or malice, the court shall order the person to pay the attorney's fees and costs of the person. The actions of the Defendents were reckless, oppressive, and fraudulent. Plaintiffs ask the Court to order the Defendants to each pay one million dollars for damages and one million dollars each for punitive damages.

## 68-PERSONAL INJURY

Action for damages for injury or loss suffered by older (Imam Doctor Keith Alan Lasko is eighty years old on July 4, 2023) or vulnerable person from *abuse,* neglect or exploitation. The continual and ongoing threats from the Defendants has subjected Imam Doctor Keith Alan Lasko, born in 1943 and an elderly man with malignant arterial hypertension, two heart attacks, cardiac dangerous arrhthmia, chronic congestive heart failure, past kidney failure, and was so seriously threatened and put in fear of being thrown in the street with nowhere to go, the consant threats by the Defendants caused him to have a stroke November 23, 2017 following one of the Defendants threatening letters and demand for money or his home and his mosque. This caused Imam Keith Alan Lasko to lose his ability to speak or write ot count or know the alphabet or use his right hand. Plaintiffs ask the Court for one milion dollars damages from Caliber and one million dollars punitive damages from each other Defendant.

**69-CONCLUSION:**

The Defendants are time barred from any claim against the Plaintiffs.

Written agreement signed by Silvia Lasko, breached September 2010 and today is 2023. The Statute of Limitations for breach of Written Contract is four years in California and six years in Nevada, the Defendants are time barred from any claim based on Breach of Contract.

70-Defendants are guilty of fraudulent Secularization, Civil Rights violations, and loan origination fraud, including forgery,

71-The Defendants do not appear on any agreement between Silvia Regina Lasko or Imam Doctor Keith Alan Lasko and them, no endorsemen of any kind appears on any note to them, no legal note held by Defendants who expect to use forgeries and forged photostats to take real property. Defendants do not appear in any Chain of Title or anywhere on any Chain of Possession of any Note. There was never any agreement or money between Silvia Regina Lasko and Defendants or any business dealing whatever involving any of the Defendants and Silvia Regina Lasko or any Defendants or between Imam Doctor Keith Alan Lasko and any of the Defendants. Defendants have no legal standing to take any property from Silvia Regina Lasko or Imam Doctor Keith Alan Lasko and never had any business dealing of any kind with Silvia Regina Lasko or Imam Doctor Keith Alan Lasko. Defendants are totally with out any right to any property of the Laskos and Defendants are guilty of many frauds and crimes committed against the Laskos and are guilty of fraudulent attempt to Illegally enrich themselves with false claims, forgeries, and blatant frauds.

72-None of the Defendants should be allowed to benefit from discrimination against Hispanics, Blacks, Moslems, Gays, Lesbians, Trans-Sexuals.

73-The Defendants have no legal claim to the home and the mosque of Plaintiff Silvia Reina Lasko and her home should remain the property of Silvia Regina Lasko and Imam Doctor Keith Alan Lasko. As a matter of public policy, this Honorable Court and a jury

have it within their power to stop the Defendants from commiting any more fraud against Blacks, Hispanics, Islamics, Homosexuals, Lesbians, or Trans-Sexuals.

74-Defendants ask the court to rule that Defendants acts of fraudulently demanding money, fraudulent auction of property of Plaintiffs, liens on Plaintiffs property, foreclosure of Plaintiff property at 8604 Vivid Violet Avenue, Las Vegas, Nevada, 89143, selling of Plaintiffs property, shall be all void, and negative credit reporting all void. Plaintiffs ask that Defendants be punished for civil rights violations and for Hate Crimes, religious freedom violations, racial unfair treatment of Silvia Regina Lasko and Imam Doctor Keith Alan Lasko, fraud, civil rights violation, conspiracy to steal property of Plaintiffs, personal injury and elder abuse of Imam Doctor Keith Alan Lasko for each Defendant two million dollars for damages and two million dollars for punitive, plus exemplary fines as determined by the Court, plus costs, attorneys fees, and any other punitive measures against each Defendant.

 PLAINTIFFS IN PROPER PERSON

SILVIA REGINA OLIVEIRA DA NOBREGA LASKO
927 W. SIXTH STREET
SAN PEDRO, CA 90731    702-885-7887

IMAM KEITH ALAN LASKO
8604 VIVID VIOLET AVENUE
LAS VEGAS, NEVADA, 89143   702-762-4488   acocp@doctor.com

Dated  May 28, 2023

# **<u>EXHIBITS</u>**

# **EXHIBITS**

1-FORGED FRAUD ROBOSIGNED PHOTOSTAT

2-ROBOSIGNERS OF FAKE DOCUMENTS

3-FEDERAL DEPOSITION OF ROBOSIGNERS OF FAKE DOCUMENTS

4- OCWEN ROBO SIGNERS OF FAKE DOGUMENTS FOR $2.1 BILLION
   THEN CALIBER HOME LOANS TOOK OVER THE FAKE DOCUMENTS

5-MERS FRAUD

6-2010 SILVIA REGINA LASKO REALIZED FRAUD OF COUNTRYWIDE
   AND STOPPED PAYING THEM

7-NOTICE OF BREACH OF WRITTEN AGREEMENT BETWEEN
   SILVIA REGINA LASKO  AND COUNTRYWIDE 2010

8-STATUTE OF LIMITATIONS ON BREACH OF WRITTEN CONTRACT
   NEVADA 3 YEARS TO 6 YEARS, CALIFORNIA 4 YEARS

9-DISCRIMINATION AGAINST MINORITIES

# EXHIBITS

**1-FORGED FRAUD ROBOSIGNED PHOTOSTAT**

**2-ROBOSIGNERS OF FAKE DOCUMENTS**

**3-FEDERAL DEPOSITION OF ROBOSIGNERS OF FAKE DOCUMENTS**

**4- OCWEN ROBO SIGNERS OF FAKE DOGUMENTS FOR $2.1 BILLION
THEN CALIBER HOME LOANS TOOK OVER THE FAKE DOCUMENTS**

**5-MERS FRAUD**

**6-2010 SILVIA REGINA LASKO REALIZED FRAUD OF COUNTRYWIDE
AND STOPPED PAYING THEM**

**7-NOTICE OF BREACH OF WRITTEN AGREEMENT BETWEEN
SILVIA REGINA LASKO  AND COUNTRYWIDE 2010**

**8-STATUTE OF LIMITATIONS ON BREACH OF WRITTEN CONTRACT
NEVADA 3 YEARS TO 6 YEARS, CALIFORNIA 4 YEARS**

**9-DISCRIMINATION AGAINST MINORITIES**

**1-FORGED FRAUD ROBOSIGNED PHOTOSTAT**

 

LOAN #: 176407390

**(C) Notice of Default**

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

**(D) No Waiver By Note Holder**

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

**(E) Payment of Note Holder's Costs and Expenses**

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

**7. GIVING OF NOTICES**

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

**8. OBLIGATIONS OF PERSONS UNDER THIS NOTE**

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

**9. WAIVERS**

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

**10. UNIFORM SECURED NOTE**

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.



WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____ (Seal)     _____ (Seal)
SILVIA R. LASKO                 -Borrower                                        -Borrower

_____ (Seal)     _____ (Seal)
                                -Borrower                                        -Borrower

*[Sign Original Only]*

-5N (0207).01    CHL (10/04)            Page 2 of 2                    Form 3200 1/01

Prepared by: BECKY BLOVGREN

LOAN #: 176407390

# NOTE

WE HEREBY CERTIFY THIS IS A
FULL, TRUE AND CORRECT COPY,
OF THE ORIGINAL
First American Title Company
By: _____

JULY 24, 2007                    LAS VEGAS                    NEVADA
[Date]                           [City]                       [State]

8604 VIVID VIOLET AVE, LAS VEGAS, NV 89143-3114
[Property Address]

### 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $ 300,000.00        (this amount is called 'Principal'), plus interest, to the order of the Lender. The Lender is
Countrywide Bank, FSB.
I will make all payments under this Note in the form of cash, check or money order.
I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

### 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of    6.750 %.
The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

### 3. PAYMENTS

(A) Time and Place of Payments
I will pay principal and interest by making a payment every month.
I will make my monthly payment on the  FIRST        day of each month beginning on
SEPTEMBER 01, 2007    . I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on  AUGUST 01, 2037        , I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."
I will make my monthly payments at
P.O. Box 10219, Van Nuys, CA 91410-0219
or at a different place if required by the Note Holder.
(B) Amount of Monthly Payments
My monthly payment will be in the amount of U.S. $ 1,945.79.

### 4. BORROWER'S RIGHT TO PREPAY

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.
I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date or in the amount of my monthly payment unless the Note Holder agrees in writing to those changes.

### 5. LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

### 6. BORROWER'S FAILURE TO PAY AS REQUIRED

(A) Late Charge for Overdue Payments
If the Note Holder has not received the full amount of any monthly payment by the end of  FIFTEEN        calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be    5.000 % of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

(B) Default
If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

MULTISTATE FIXED RATE NOTE-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT        Initials: SC

Page 1 of 2

-SN (0207).01        CHL (010/04)(d)        VMP Mortgage Solutions, Inc. (800)621-7291        Form 3200 1/01





**2-ROBOSIGNERS OF FAKE DOCUMENTS**



LOAN #: 176407390

**(C) Notice of Default**

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

**(D) No Waiver By Note Holder**

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

**(E) Payment of Note Holder's Costs and Expenses**

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

**7. GIVING OF NOTICES**

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

**8. OBLIGATIONS OF PERSONS UNDER THIS NOTE**

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

**9. WAIVERS**

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

**10. UNIFORM SECURED NOTE**

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.



WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____ (Seal)     _____ (Seal)
SILVIA R. LASKO                  -Borrower                                     -Borrower

_____ (Seal)     _____ (Seal)
                                 -Borrower                                     -Borrower

*[Sign Original Only]*

-5N (0207).01    CHL (10/04)         Page 2 of 2                    Form 3200 1/01

Prepared by: BECKY BLOMGREN

LOAN #: 176407390

# NOTE

WE HEREBY CERTIFY THIS IS A
FULL, TRUE AND CORRECT COPY,
OF THE ORIGINAL.
First American Title Company
By: _____

JULY 24, 2007                LAS VEGAS                NEVADA
[Date]                        [City]                    [State]

8604 VIVID VIOLET AVE, LAS VEGAS, NV 89143-5114
[Property Address]

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $ 300,000.00        (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is
Countrywide Bank, FSB.
I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of    6.750 %.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

## 3. PAYMENTS

(A) Time and Place of Payments
I will pay principal and interest by making a payment every month.
I will make my monthly payment on the FIRST        day of each month beginning on
SEPTEMBER 01, 2007  . I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on AUGUST 01, 2037        , I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at
P.O. Box 10219, Van Nuys, CA 91410-0219
or at a different place if required by the Note Holder.

(B) Amount of Monthly Payments
My monthly payment will be in the amount of U.S. $ 1,945.79

## 4. BORROWER'S RIGHT TO PREPAY

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date or in the amount of my monthly payment unless the Note Holder agrees in writing to those changes.

## 5. LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

## 6. BORROWER'S FAILURE TO PAY AS REQUIRED

(A) Late Charge for Overdue Payments
If the Note Holder has not received the full amount of any monthly payment by the end of FIFTEEN        calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be    5.000 % of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

(B) Default
If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

MULTISTATE FIXED RATE NOTE-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT

Initials: SC .

Page 1 of 2

 -6N (0207).01        CHL (010/04)(d)        VMP Mortgage Solutions, Inc. (800)521-7291        Form 3200 1/01



* 2 3 9 9 1 *        * 1 7 6 4 0 7 3 9 0 0 0 0 0 0 2 0 0 5 N *

**3-FEDERAL DEPOSITION OF ROBOSIGNERS OF FAKE DOCUMENTS**

FEDERAL COURT DEPOSITION OF ROBO-SIGNER
MICHELE SJOLANDER

# Foreclosure Fraud – Fighting Foreclosure Fraud by Sharing the Knowledge

### Robo-stamped | Full Deposition of Michele Sjolander Executive Vice President of Countrywide Home Loans

Posted by 4closureFraud on March 22, 2012 · 16 Comments

*Q – I mean, have you ever personally, you know, with a pen signed an endorsement on a promissory note?*

*A – No.*

Below is the full deposition of Michele Sjolander, an alleged Executive Vice President of Countrywide Home Loans, Inc. Her stamped signature "appeared" on the promissory note late in the lawsuit with Bank of America and others months after employees of both Fannie Mae and BAC Home Loans Servicing filed affidavits that an un-endorsed note was the "true and correct copy" in the case.

Apparently these types of "ta-da" endorsements are fairly common for Countrywide and a lot of them have the names of Michele Sjolander and Laurie Meder on them. The Defendants in the case had gotten Mrs. Sjolander to sign a Declaration that the "ta-da" endorsement in the case was in fact "true and correct" after twice trying to enter the endorsed note in the record without authentication.

Then there was an opportunity to depose her on January 25th, 2012 in Van Nuys, California. At the deposition, she revealed that she did not place the endorsement on the note and in fact is not allowed into the area where endorsing is supposedly done (at Recontrust, by Recontrust employees) without an escort.

She also stated that she does not know the name of the person who supposedly did place the endorsement on the note. She stated that the endorsement is placed on the notes with a rubber stamp onto which is carved her name, Laurie Meder's name, and all the other information that appears on the endorsement.

In other words, the Countrywide Bank, FSB endorsement to Countrywide Home Loans, Inc. (using Laurie Meder's name) and the Countrywide Home Loans, Inc. to "blank" endorsement (using Michele Sjolander's name) is a single stamp that is purportedly placed on notes by employees of Recontrust. That is why the two endorsements line up perfectly.

Mrs. Sjolander even admitted that there is no way to know for sure when the endorsement on the note was placed there, obviously a crucial issue.

Long story short, it appears that Mrs. Sjolander's only connection to the note in the case–and presumably in other cases–is that her stamped named appears on the purported endorsements.

She has no personal knowledge of when or if the notes are actually stamped at the Recontrust vaults.

**From the transcript...**

Q It's employees at Recontrust that stamp the
7 endorsements on the notes in general, including this one;
8 is that right?

9 A Yes.

10 Q And you've seen that taking place?

11 A Yes.

12 Q In Simi Valley?

13 A Yes.

14 Q Is there some type of manual or set of
15 instructions?

16 A They have my power of attorney.

17 Q Well, okay. That's not what I'm asking. But I
18 do want to know about that. But what I'm saying: Is
19 there some sort of manual or instructions or —

20 A If you want to know the desk procedures, you
21 would have to speak with an associate of Recontrust.

22 Q Okay. Okay. Sorry. I'm just reading the notes
23 again. Now, I'm going to try to explain this. I may
24 have to do it a couple of times, but just bear with me.
25 And you've been very helpful so far. I appreciate it,
1 there it sat is I guess what I'm asking.

2 A In safekeeping, yes.

3 Q Okay. All right. Now, this is something you
4 touched on a minute ago. I'm going to try to phrase it
5 in a way that makes sense. Who — and let's just deal
6 with Countrywide in 2007.
7 Who is allowed to be an endorser as you were? I
8 mean, who — let me leave it at that and see if that
9 makes sense to you.

10 A I don't know what you're asking.

11 Q What I'm saying is: Are there people other than
12 you at Countrywide in 2007 whose names would appear on a
13 note as an endorsement?

14 A For Countrywide Home Loans, Inc.?

15 Q Yes.

16 A In 2007, I was the endorser for Countrywide Home
17 Loans, Inc.

18 Q Okay. And, I mean, can you explain why you, in
19 particular? I mean, how is that established?

20 A Just lucky.

21 Q I mean, I know this is going to sound silly, but
22 was there some competition for it? Did they come to you
23 and say, "Ms. Sjolander, we choose you?" I mean, how did
24 you come to be designated the person?

25 A It is the position I held within Countrywide.

1 Q Okay. And did you know that going in; you know,
2 if you take this job, you're going to be the endorser?
3 Was that explained to you at some point?

4 A I knew that my previous boss was the endorser,
5 yes.

6 Q Oh, okay. Now, we covered this, that other
7 people stamped your signature and the other — her name
8 is — oh, it's Laurie Meder?

9 A Meder.

10 Q Okay. So other people have a stamp with her
11 name and your name on it, and how do those people have
12 the authority to put her name and your name on a note for
13 it to be an effective endorsement?

14 A With my name, they have a power of attorney.

15 Q And what does the power of attorney say?
16 A The power of attorney allows them to place my
17 endorsement stamp on collateral.

18 Q How do they come to have your power of attorney?

19 A I gave that to them.

20 Q But, I mean, in what sort of process? You know,
21 how does someone at Recontrust — I mean, I understand
22 that a power of attorney document exists, I'm assuming;
23 correct?

24 A Yes.

25 Q And how do those people come to operate under
1 it?

2 A It's common, standard practice.

3 Q I may not be asking it quite right. I guess
4 what I'm asking is: Do they — the people who actually
5 use the stamps — is there more than one, or is there
6 just one stamp? I said "stamps" multiple. Is there only
7 one, or is there —

8 A No, there's multiple stamps.

9 Q So do these people sign something that says, "I
10 understand I'm under Michele Sjolander's power of
11 attorney"?

12 A Once again, you would have to look at the desk
13 procedures for Recontrust, and you would have to talk to
14 someone at Recontrust.

15 Q So that's your understanding that you — did you
16 sign a power of attorney document?

17 A Yes, I did.

18 Q And, I mean, can you explain just in — you
19 know, in general, not word for word what it says, but
20 what does it purport to grant as power of attorney?

21 A It grants Recontrust. They can endorse and
22 assign notes on behalf of myself.

23 Q And do you know if this applies to a select
24 group of people?

25 A I do not have — I would have to read the
1 document.

2 Q Okay. But just to clarify, once again, you
3 don't actually know the legal mechanism by which these
4 people with the stamps operate under this power of
5 attorney?

6 A As I said, I would have to go back through all
7 of the documentation that surrounds the power of
8 attorney, and Recontrust has desk procedures, and it
9 would be their procedures for them to assign that, to
10 place the stamp on the collateral.

11 Q And this was a procedure in 2007, what we're
12 talking here is 2007?

13 A Correct.

14 Q And to the present?

15 A No.

Full deposition below…

~

# 4closureFraud.org

~

## Full Deposition of Michele Sjolander

727-954-8752 | St. Petersburg, Florida

# WEIDNERLAW (https://mattweidnerlaw.com)

**LAW FIRM (https://mattweidnerlaw.com/weidner-law-firm/)**

**PROBATE & TRUSTS (https://mattweidnerlaw.com/probate-lawyer/)**

**REAL ESTATE & LITIGATION (https://mattweidnerlaw.com/real-estate-attorneys-litigation-attorney/)**

**FORECLOSURE (https://mattweidnerlaw.com/foreclosure-defense-process/)**

**CONSUMER LAW (https://mattweidnerlaw.com/debt-relief/)**

**BLOG (https://mattweidnerlaw.com/blog/)**     **CONTACT (https://mattweidnerlaw.com/contact/)**

# A BOMBSHELL MICHELLE SJOLANDER/COUNTRYWIDE/BofA DEPOSITION

**(https://2zn5qz3e2ex118kh0e3kfc7c-wpengine.netdna-ssl.com/wp-content/uploads/2012/04/MICHELLE-SJOLANDER.jpg)Michelle Sjolander's** "endorsement" appears on untold number of promissory notes all across this country.   Her "endorsement" is the key element used to take Americans out of their homes, but is it really an endorsement at all?

(another great job by ICE LEGAL)

**Q Okay. Have you ever personally executed any
20 endorsements?
21 A My — with my — my personally placed a stamp on a
22 note?
23 Q Yes.
24 A No.
25 Q Have you ever assigned any endorsements personally?**

**1 A A wet signature on an endorsement?
2 Q You actually physically signed an endorsement.**

**MICHELLE-
SJOLANDER**

EMAIL US USING

THIS FORM

Name

Email Address

Phone Number

Select state and county
below

Message

()

## Practice Areas

> Appeals
(https://mattweidnerlaw.com
/category/appeals/)
> Citizen Advocacy
(https://mattweidnerlaw.com
/category/citizen-
advocacy/)
> City of St. Petersburg
(https://mattweidnerlaw.com
/category/city-of-st-
petersburg/)
> Consumer Justice
(https://mattweidnerlaw.com
/category/consumer-
justice/)
> Cyber Bullying
(https://mattweidnerlaw.com
/category/cyber-
bullying/)
> Cyberstalking
(https://mattweidnerlaw.com
/category
/cyberstalking/)
> Debt Collection Abuse
(https://mattweidnerlaw.com
/category/debt-
collection-abuse/)
> Debt Relief and
Bankruptcy
(https://mattweidnerlaw.com
/category/debt-relief/)
> Defamation
(https://mattweidnerlaw.com
/category/defamation/)
> Equifax Security
Breach
(https://mattweidnerlaw.com
/category/equifax-
security-breach/)
> Estate Planning
(https://mattweidnerlaw.com
/category/estate-
planning/)
> Foreclosure Appeals
(https://mattweidnerlaw.com
/category/foreclosure-
appeals/)
> Foreclosure Defense
Florida
(https://mattweidnerlaw.com
/category/foreclosure/)

3 A Are you asking a wet signature on an endorsement on
4 a piece of collateral?
5 Q I'm saying have you ever physically signed an
6 endorsement on an original note?
7 MR. TRINZ: Object to the form.
8 THE WITNESS: My stamp has been placed on collateral on
9 a note.
10 Q BY MS. LUNDERGAN: Okay. That's not what I asked.
11 A Okay.
12 Q What I'm asking is have you ever physically —
13 A That's what I was trying to —
14 Q — signed for a note?
15 A My wet signature has never been placed on an
16 original note. That is not common practice.

Did you ever supervise the department that endorsed
1 the collateral?
2 A No.
3 Q Okay. So you don't have any first-hand knowledge
4 then of the endorsing of the promissory notes, do you?
5 A I have oversight to the — I have collateral
6 oversight in which I do ensure that the processes of the
7 collateral — I walk through and review them.
8 Q Okay. Can you explain to me what that means?
9 A It means I — the department does not directly
10 report to me, but I have insight to the processes and
11 procedures that that department does.
12 Q And where does your knowledge of the process and
13 procedure come from?
14 A Mostly from doing audits.
15 Q Okay. And when you say, "doing audits," what does
16 that mean?
17 A I conduct a — every six months an audit of the
18 facility.
19 Q Okay. And were you doing audits of the facilities
20 back in 2008?
21 A Yes.
22 Q And are you still doing audits of the facilities
23 today?
24 A Yes.
25 Q And what is it you are looking for when you are

1-888-311-4240

www.uslegalsupport.com

37

1 doing audits of the facilities?

2 A I ensure that the procedures that the GSE's require

3 are in place.

4 Q And what procedures would those be?

5 A Those will be the procedures on All Regs.

6 Q Okay. And what, specifically, are you looking for

7 when it comes to endorsing a promissory note?

8 A That the endorsement is placed in blank.

9 Q Are you looking for all endorsements to be placed in

10 blank?

11 A The final endorsement is an open endorsement in

12 blank —

13 Q Okay.

14 A — or the — let me rephrase that.

15 That the endorsement chain is correct.

16 Q Okay. And when you are looking to see if the

17 endorsement chain is correct, what are you comparing that to

18 to make sure that it's correct?

19 A I am looking at the note.

20 Q Are you looking at the original promissory note —

21 A Yes.

MICHELLE SJOLANDER (http://www.icelegal.com/files/Transcript_Michele_Sjolander_Depo_3-14-12_Redacted.pdf)

April 20, 2012 / Foreclosure Defense Florida (https://mattweidnerlaw.com/category/foreclosure/), General Information (https://mattweidnerlaw.com/category/general/) / Tags: COUNTRYWIDE BofA DEPOSITION (https://mattweidnerlaw.com/tag/countrywide-bofa-deposition/), florida foreclosure (https://mattweidnerlaw.com/tag/florida-foreclosure/), foreclosure cases (https://mattweidnerlaw.com/tag/foreclosure-cases/), foreclosure crisis (https://mattweidnerlaw.com/tag/foreclosure-crisis/), foreclosure defense (https://mattweidnerlaw.com/tag/foreclosure-defense/), foreclosure fraud (https://mattweidnerlaw.com/tag/foreclosure-fraud/), foreclosure news (https://mattweidnerlaw.com/tag/foreclosure-news/), foreclosure pinellas (https://mattweidnerlaw.com/tag/foreclosure-pinellas/), foreclosure plan (https://mattweidnerlaw.com/tag/foreclosure-plan/), foreclosure process (https://mattweidnerlaw.com/tag/foreclosure-process/), michelle sjolander (https://mattweidnerlaw.com/tag/michelle-sjolander/), mortgage foreclosure (https://mattweidnerlaw.com/tag/mortgage-foreclosure/), mortgage

> General Information (https://mattweidnerlaw.com/category/general/)

> Government Advocacy/Public Records (https://mattweidnerlaw.com/category/government-advocacypublic-records/)

> HOA Lien Foreclosure (https://mattweidnerlaw.com/category/hoa-lien-foreclosure/)

> Insurance Claims (https://mattweidnerlaw.com/category/insurance-claims/)

> Online Reputation Management (https://mattweidnerlaw.com/category/online-reputation-management/)

> Probate (https://mattweidnerlaw.com/category/probate-2/)

> Real Esate Investing (https://mattweidnerlaw.com/category/real-esate-investing/)

> Real Estate And Litigation (https://mattweidnerlaw.com/category/real-estate-attorney/)

> Real Estate Development (https://mattweidnerlaw.com/category/real-estate-development/)

> Short Sale (https://mattweidnerlaw.com/category/foreclosure/short-sale/)

> TCPA- Telephone Consumer Protection Act (https://mattweidnerlaw.com/category/tcpa-telephone-consumer-protection-act/)

> Videos

727-954-8752 | St. Petersburg, Florida

# WEIDNERLAW (https://mattweidnerlaw.com)

LAW FIRM (https://mattweidnerlaw.com/weidner-law-firm/)

PROBATE & TRUSTS (https://mattweidnerlaw.com/probate-lawyer/)

REAL ESTATE & LITIGATION (https://mattweidnerlaw.com/real-estate-attorneys-litigation-attorney/)

FORECLOSURE (https://mattweidnerlaw.com/foreclosure-defense-process/)

CONSUMER LAW (https://mattweidnerlaw.com/debt-relief/)

BLOG (https://mattweidnerlaw.com/blog/)    CONTACT (https://mattweidnerlaw.com/contact/)

## The Countrywide Mortgage- Laurie Meder/Michelle Sjolander Double Tap "Endorsement"

You know those curiously perfect Countrywide endorsements that purport to transfer notes from Countrywide to any old party that happens to stumble in to court to foreclose?

Well, the deposition of super robo signer extraordinaire Michelle Sjolander is right here (http://mattweidnerlaw.com/2012/03/bombshell-deposition-of-michele-sjolander-countrywide-endorser/)

But even more interesting is this copy of a note that shows the magic stamp in action....seems someone got a little sloppy with the ink.......

MIZZEN (https://2zn5qz3e2ex118kh0e3kfc7c-wpengine.netdna-ssl.com/wp-content/uploads/2012/09/MIZZEN.pdf)

**EMAIL US USING THIS FORM**

Name

Email Address ✉

Phone Number

**Select state and county below**

⌄ ❷      ⌄ ❷

Message                                ❷

()

September 11, 2012  /  Foreclosure Defense Florida

**4-OCWEN ROBO SIGNERS OF FAKE DOCUMENTS FOR $2.1 BILLION
THEN CALIBER HOME LOANS TOOK OVER FAKE DOCUMENTS**

Case 2:23-CV-00890-RFB-NJK    Document 1    Filed 06/06/23    Page 53 of 97



1·800·876·6827

Notary Bulletin

# Ocwen Financial Robo-Signing Settlement Is Finalized

By Michael Lewis on Apr 02, 2014 in Mortgage Finance & Economic News



Ocwen Financial Corporation, the nation's largest non-bank
mortgage servicing company, has agreed to substantial mandates
involving the notarization of foreclosure-related documents as
part of a $2.1 billion "robo-signing" settlement with the Consumer
Financial Protection Bureau (CFPB) and 49 state Attorneys
General.

Under the terms of the settlement, finalized late last month, requires
Ocwen and its subsidiary, Ocwen Loan Servicing to end the "systemic
misconduct," including widespread, improper notarization and other
document processing practices commonly known as "robo-signing."
Among other things, Ocwen has agreed to:

- Make sure that all affidavits, sworn statements and declarations,
  including their notarization, comply with all applicable state law;
- Keep a record of all notarizations for each Notary employee;
- Review the affidavits, sworn statements and declarations executed by third-party contractors to make sure they comply
  with all applicable state law;
- Create standards for the qualifications, training and supervision of its employees who prepare or execute affidavits, sworn
  statements and declarations; and
- Ensure that those employees meet the standards and are properly trained and supervised.

The "robo-signing" crisis, which broke in late 2010, revolved around the flood of foreclosures that were being filed by major
loan servicing companies at the time. It stemmed from massive abuses of notarization, including failure to require personal
appearance, failure to properly identify signers, forged signatures and misuse of Notary seals by non-Notaries, among other
violations.

In early 2012, federal and state regulators entered into an unprecedented $25 billion National Mortgage Settlement with five
of the nation's largest servicers.

Ocwen is the sixth company to join the settlement. According to the CFPB, 185,000 consumers lost their homes between
January 1, 2009, and December 31, 2012, to Ocwen foreclosure actions.

The Ocwen settlement is even more important in light of moves by the company to substantially grow its loan servicing
business. In the past several years, the firm has bought servicing portfolios from a number of major financial institutions,
including participants in the National Mortgage Settlement.

But the Ocwen settlement put the brakes on a deal to acquire servicing rights to $39 billion in loans from Wells Fargo.
Regulators were concerned about the company's ability to handle such an influx of loans given the misconduct catalogued in
the settlement.

*Michael Lewis is Managing Editor at the National Notary Association.*

## Other articles of interest

**5-MERS FRAUD**



# MERS® ServicerID

## Search for servicer information

◌ Search by MIN Search by a MERS® System Mortgage Identification Number.

Enter an 18 digit MIN:                                For example, "1000123-9876543212-3" or "100012398765432123"

[ Search ]

◉ Search by Property Address/Borrower Details Search by property address and borrower information.

◌ Search by Property Address Only

   Your entries may be either upper or lower case.
   ✱Fields markedare required.
      Enter the Street without a direction or designator. For example, "E. Main St." should be entered as "Main"
✱Street Number:              Street:                                          Unit:

✱City:
                             State:        Zip Code:
   Select Expanded Street Search to match on similar street names.
☐ Expanded Street Search
   With expanded street search, a search on "Main" will return "Mainland", "Main St." or "East Maine Ave"
   Please note: selecting this option will increase the time taken for your search results to be displayed.

[ Search ]

◉ Search by Borrower Name and Property Address

◉ Search by Individual Borrower and Property Address

No MINs can be located that match the search criteria entered. Verify the search criteria and resubmit. If you need assistance to make sure your search criteria are valid, use the link to see Help.

   Your entries may be either upper or lower case.
   ✱Fields markedare required.
      Borrower
✱✱First Name: KEITH                     Last Name: LASKO
      Property Address
      Enter the Street without a direction or designator. For example, "E. Main St." should be entered as "Main"
✱Street Number: 8604           Street: VIVID VIOLET AVENUE                  Unit:

✱City: LAS VEGAS                      State: NV  Zip Code: 89143
   Select Expanded Street Search to match on similar street names.
☐ Expanded Street Search
   With expanded street search, a search on "Main" will return "Mainland", "Main St." or "East Maine Ave"
   Please note: selecting this option will increase the time taken for your search results to be displayed.

[ Search ]

◌ Search by Corporation/Non-Person Entity Borrower and Property Address

   Your entries may be either upper or lower case.
   ✱Fields markedare required.
      Borrower
✱Corporation/Non-Person Entity Name:



**2 records matched your search:**

MIN: 1002064-1111116800-0    Note Date: 01/18/2005        MIN Status: Inactive

Servicer:   GMAC Mortgage, LLC                            Phone: (800) 766-4622
fort washington, PA

If you are a borrower on this loan, you can click here to enter additional information and
display the Investor name.

---

MIN: 1002064-1111116799-4    Note Date: 01/18/2005        MIN Status: Inactive

Servicer:   Ocwen Loan Servicing, LLC (FL)                Phone: (800) 746-2936
West Palm Beach, FL

If you are a borrower on this loan, you can click here to enter additional information and
display the Investor name.

---

Return to Search

For more information about Mortgage Electronic Registration Systems, Inc. (MERS) please go to www.mersinc.org

Copyright© 2018 by MERSCORP Holdings, Inc.



# 'MERS® ServicerID

## Search for servicer information

⚙ Search by MIN Search by a MERS® System Mortgage Identification Number.

Enter an 18 digit MIN:                                    For example, "1000123-9876543212-3" or "100012398765432123"

Search

⚙ Search by Property Address/Borrower Details Search by property address and borrower information.

⚙ Search by Property Address Only

    Your entries may be either upper or lower case.
    ✱Fields markedare required.
     Enter the Street without a direction or designator. For example, "E. Main St." should be entered as "Main"

✱Street Number:                    Street:                                              Unit:

✱City:                                        State:        Zip Code:

    Select Expanded Street Search to match on similar street names.
☐ Expanded Street Search
    With expanded street search, a search on "Main" will return "Mainland", "Main St." or "East Maine Ave"
    Please note: selecting this option will increase the time taken for your search results to be displayed.

Search

⚙ Search by Borrower Name and Property Address

⚙ Search by Individual Borrower and Property Address

No MINs can be located that match the search criteria entered. Verify the search criteria and resubmit. If you need assistance to
make sure your search criteria are valid, use the link to see Help.

    Your entries may be either upper or lower case.
    ✱Fields markedare required.
     Borrower
✱✱First Name: SILVIA                    Last Name: LASKO
    Property Address
    Enter the Street without a direction or designator. For example, "E. Main St." should be entered as "Main"
✱Street Number: 8604                    Street: VIVID VIOLET AVENUE                    Unit:

✱City: LAS VEGAS                          State: NV  Zip Code: 89143
    Select Expanded Street Search to match on similar street names.
☐ Expanded Street Search
    With expanded street search, a search on "Main" will return "Mainland", "Main St." or "East Maine Ave"
    Please note: selecting this option will increase the time taken for your search results to be displayed.

Search

⚙ Search by Corporation/Non-Person Entity Borrower and Property Address

    Your entries may be either upper or lower case.
    ✱Fields markedare required.
     Borrower
✱Corporation/Non-Person Entity Name:

Property Address
Enter the Street without a direction or designator. For example, "E. Main St." should be entered as "Main"

**Street Number:** _____   Street: _____   Unit: _____

**City:** _____   State: _____   Zip Code: _____

Select Expanded Street Search to match on similar street names.

☑ Expanded Street Search
With expanded street search, a search on "Main" will return "Mainland", "Main St." or "East Maine Ave"
Please note: selecting this option will increase the time taken for your search results to be displayed.

[ Search ]

○ Search by Borrower Name, SSN and Property Zip Code

○ Search by Individual Borrower, SSN and Property Zip Code

Your entries may be either upper or lower case.
*Fields marked are required.
**First Name: _____   Last Name: _____

**SSN: ____ - ____ - ____   Property Zip Code: _____

[ Search ]

○ Search by Corporation/Non-Person Entity Borrower, Taxpayer Identification Number and Property Zip Code

Your entries may be either upper or lower case.
*Fields marked are required.
*Corporation/Non-Person Entity Name: _____

**Taxpayer Identification Number: _____   Property Zip Code: _____

[ Search ]

○ Search by FHA/VA/MI Certificate Search by Federal Housing Administration / Veterans Administration Case Number or Mortgage Insurance Certificate Number.

Enter FHA/VA Case Number or MI Certificate Number: _____

[ Search ]

For more information about Mortgage Electronic Registration Systems, Inc. (MERS) please go to www.mersinc.org

**Homeowners:** Visit Information for Homeowners for information about the duties and responsibilities of your mortgage company and a link to Hope Now, which provides support and guidance for homeowners in distress.

Copyright© 2018 by MERSCORP Holdings, Inc.

4/12/2018 9:37 PM

**6--2010 SILVIA REGINA LASKO REALIZED FRAUD OF  COUNTRYWIDE**



10/30/2015

SILVIA R LASKO
KEITH A LASKO
8604 VIVID VIOLET AVE
LAS VEGAS, NV 89143-5114

Sent Via First Class Mail

Loan Number:      9804174051
Property Address:   8604 VIVID VIOLET AVE
                    LAS VEGAS, NV 89143-5114

### NOTICE OF DEFAULT AND INTENT TO ACCELERATE

Dear SILVIA R LASKO and KEITH A LASKO:

This letter is formal notice by Caliber Home Loans, Inc. that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay the amounts due. As of 10/30/2015, your home loan is 1855 days in default.

If you have questions about any of the items contained in this notice, or need any additional information about the mortgage loan, please contact Tessa Bachus at 1-800-621-1437 or calibermods@caliberhomeloans.com, whom we have designated as your single point of contact.

The loan is paid through 09/01/2010; the date of your last payment was 09/15/2010.

We have the ability to foreclose because: We are a nonholder in possession of the instrument who has the rights of a holder.

The following is a breakdown of what is due as of the date of this letter. As of the date of this notice, the total amount required to cure the default is $146,098.74, which consists of the following:

| | | |
|---|---|---|
| Next Payment Due Date: | | 10/01/2010 |
| Total Monthly Payments Due: | | $141,937.85 |
| 10/01/2010 | at | $2,326.85 |
| 11/01/2010 | at | $2,326.85 |
| 12/01/2010 | at | $2,326.85 |
| 01/01/2011 | at | $2,326.85 |
| 02/01/2011 | at | $2,326.85 |
| 03/01/2011 | at | $2,326.85 |
| 04/01/2011 | at | $2,326.85 |
| 05/01/2011 | at | $2,326.85 |
| 06/01/2011 | at | $2,326.85 |
| 07/01/2011 | at | $2,326.85 |
| 08/01/2011 | at | $2,326.85 |
| 09/01/2011 | at | $2,326.85 |



W_NV_NOI_FLAT

# CALIBER HOME LOANS

Please do not send mail to this address
Dallas TX 75261-9063
NMLS ID 15622

# Mortgage Statement

Statement Date: 06/18/2018

If you have questions or concerns about your statement,
Please contact us at 1-800-401-6587 between the hours of
9:00am and 6:00pm, Monday through Friday (CST), or email
us by logging in to your account at
myaccount.caliberhomeloans.com and selecting " Contact Us."

2-759-88953-0029710-010-1-000-010-000-000

SILVIA R LASKO
8604 VIVID VIOLET AVE
LAS VEGAS NV  89143-5114

## Bankruptcy Message

Our records show that either you are a debtor in bankruptcy or you
discharged personal liability for your mortgage loan in bankruptcy.

We are sending this statement to you for informational and compliance
purposes only.  It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write to us.

| | |
|---|---|
| Account Number | 9804174051 |
| Payment Date | 07/01/18 |
| Payment Amount | $22,505.59 |

Property Address:  8604 VIVID VIOLET AVE
LAS VEGAS NV 89143

## Account Information

| | |
|---|---|
| Outstanding Principal | $284,666.25 |
| Interest Rate (Until 10/01/51) | 6.75000% |
| Prepayment Penalty | No |

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $203.13 |
| Interest | $1,592.33 |
| Escrow (Taxes and Insurance) | $653.69 |
| **Regular Monthly Payment** | **$2,449.15** |
| Past Unpaid Amount | $19,047.94 |
| Total Fees and Charges | $1,008.50 |
| **Total Payment Amount** | **$22,505.59** |

## **Account History**

The servicer has made the first notice or filing required by applicable law
for any judicial or non-judicial foreclosure process on the loan.

*Recent Account History*
- Payment due 01/01/18:  Unpaid balance of $2,449.15
- Payment due 02/01/18:  Unpaid balance of $2,449.15
- Payment due 03/01/18:  Unpaid balance of $2,449.15
- Payment due 04/01/18:  Unpaid balance of $3,167.65
- Payment due 05/01/18:  Unpaid balance of $2,739.15
- Payment due 06/01/18:  Unpaid balance of $2,449.15

Current Payment Date  07/01/18 : $2,449.15
**Total: $22,505.59 unpaid amount that, If paid, would bring your
loan current.**
**If You Are Experiencing Financial Difficulty**: See back for
information about mortgage counseling or assistance.

| Past Payments Breakdown: | Recently Paid | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Important Messages

*The reinstatement amount listed above will only be accepted by Caliber through the day before your next payment date. If you wish to
payoff the loan please contact our Customer Service Department to request a payoff statement at 1-800-401-6587, Monday- Friday 8 a.m.
to 7 p.m. Central Time, excluding federal holidays.

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense
account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

## Transaction Activity (05/10/18 - 06/18/18)

***** There is no activity for this time period. *****

PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK AND RETURN THE BOTTOM PORTION

**CALIBER**
HOME LOANS

RETURN SERVICE ONLY
Please do not mail to this address
P.O. Box 619063
Dallas TX 75261-9063
NMLS ID 15622

# Mortgage Statement
Statement Date: 06/18/2018

If you have questions or concerns about your statement,
Please contact us at 1-800-401-6587 between the hours of
9:00am and 6:00pm, Monday through Friday (CST), or email
us by logging in to your account at
myaccount.caliberhomeloans.com and selecting "Contact Us."



2-759-88953-0029710-010-2-000-010-000-000

SILVIA R LASKO
8604 VIVID VIOLET AVE
LAS VEGAS NV  89143-5114

## Bankruptcy Message

Our records show that either you are a debtor in bankruptcy or you
discharged personal liability for your mortgage loan in bankruptcy.

We are sending this statement to you for informational and compliance
purposes only.  It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write to us.

| | |
|---|---|
| Account Number | 9804174051 |
| Payment Date | 07/01/18 |
| Payment Amount | $22,505.59 |

Property Address:  8604 VIVID VIOLET AVE
LAS VEGAS NV 89143

## Account Information

| | |
|---|---|
| Outstanding Principal | $284,666.25 |
| Interest Rate (Until 10/01/51) | 6.75000% |
| Prepayment Penalty | No |

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $203.13 |
| Interest | $1,592.33 |
| Escrow (Taxes and Insurance) | $653.69 |
| Past Unpaid Amount | $19,047.94 |
| Total Fees and Charges | $1,008.50 |
| **Reinstatement Amount** | **$22,505.59** |
| **Acceleration Amount** | **$468,463.99** |

## **Account History**

## Past Payments Breakdown:

| | Recently Paid | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Important Messages

*The reinstatement amount listed above will only be accepted by Caliber through the day before your next payment date. If you wish to
payoff the loan please contact our Customer Service Department to request a payoff statement at 1-800-401-6587, Monday- Friday 8 a.m.
to 7 p.m. Central Time, excluding federal holidays.

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense
account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

## Transaction Activity (05/10/18 - 06/18/18)

***** There is no activity for this time period. *****

**PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK AND RETURN THE BOTTOM PORTION**

# CALIBER HOME LOANS

Please do not send mail to this address.
P.O. Box xxxxx
Dallas TX 75261-9063

NMLS ID 15622

# Mortgage Statement
Statement Date: 08/18/2018

1-759-90353-0022725-008-1-000-010-000-000


SILVIA R LASKO
8604 VIVID VIOLET AVE
LAS VEGAS NV 89143-5114

If you have questions or concerns about your statement,
Please contact us at 1-800-401-6587 between the hours of
9:00am and 6:00pm, Monday through Friday (CST), or email
us by logging in to your account at
myaccount.caliberhomeloans.com and selecting "Contact Us."

## Bankruptcy Message

Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write to us.

| | |
|---|---|
| Account Number | 9804174051 |
| Payment Date | 09/01/18 |
| Payment Amount | $28,969.92 |

Property Address: 8604 VIVID VIOLET AVE
LAS VEGAS NV 89143

## Account Information

| | |
|---|---|
| Outstanding Principal | $284,666.25 |
| Interest Rate (Until 10/01/51) | 6.75000% |
| Prepayment Penalty | No |

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $205.42 |
| Interest | $1,590.04 |
| Escrow (Taxes and Insurance) | $653.69 |
| Past Unpaid Amount | $23,946.24 |
| Total Fees and Charges | $2,574.53 |
| Reinstatement Amount | $28,969.92 |
| Acceleration Amount | $477,016.61 |

## **Account History**

The servicer has made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process on the loan.

*Recent Account History*
- Payment due 03/01/18: Unpaid balance of $2,449.15
- Payment due 04/01/18: Unpaid balance of $3,167.65
- Payment due 05/01/18: Unpaid balance of $2,739.15
- Payment due 06/01/18: Unpaid balance of $2,449.15
- Payment due 07/01/18: Unpaid balance of $2,449.15
- Payment due 08/01/18: Unpaid balance of $2,449.15

Current Payment Due 09/01/18 - $2,449.15
**Total: $28,969.92 unpaid amount that, if paid, would bring your loan current.**
**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

## Past Payments Breakdown:

| | Recently Paid | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Important Messages

*The reinstatement amount listed above will only be accepted by Caliber through the day before your next payment date. If you wish to payoff the loan please contact our Customer Service Department to request a payoff statement at 1-800-401-6587, Monday- Friday 8 a.m. to 7 p.m. Central Time, excluding federal holidays.

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

## Transaction Activity (07/19/18 - 08/18/18)

| Date | Description | Transaction Amount | Principal | Interest | Escrow | Charges | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|
| 07-30-2018 | Property Taxes | $1,825.75 | $0.00 | $0.00 | $1,825.75 | $0.00 | $0.00 | $0.00 |
| 08-13-2018 | Fee Bill-FCL Attorney Fees | $1,296.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,296.25 |
| 08-13-2018 | Fee Bill-FCL Attorney Costs | $85.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $85.00 |
| 08-13-2018 | Fee Bill-FCL Statutory Disburs | $40.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $40.00 |

**PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK AND RETURN THE BOTTOM PORTION**



Please do not send mail to this address
PO Box 650863
Dallas TX 75261-9063



If you have questions or concerns about your statement,
please contact us at 1-800-401-6587 between the hours of
9:00am and 6:00pm, Monday through Friday (CST), or email
us anytime by logging in to your account at
myaccount.caliberhomeloans.com and selecting "Contact Us."

1-759-90353-0022725-008-2-000-010-000-000

SILVIA R LASKO
8604 VIVID VIOLET AVE
LAS VEGAS NV  89143-5114

| Account Number | 9804174051 |
|---|---|
| Payment Date | 09/01/18 |
| **Payment Amount** | **$28,969.92** |

Property Address: 8604 VIVID VIOLET AVE
LAS VEGAS NV 89143

## Messages or Transaction Activity          (Continued)

| Date | Description | Transaction Amount | Principal | Interest | Escrow | Charges | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|
| 08-13-2018 | Fee Bill-FCL Statutory Disburs | $107.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $107.91 |
| 08-13-2018 | Fee Bill-FCL Statutory Disburs | $36.87 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36.87 |

**SE HABLA ESPAÑOL**

SILVIA R & KEITH A LASKO
8604 VIVID VIOLET AVE
LAS VEGAS, NV 89143-5114

RE: US BANK TRUST
Free Re-Evaluation of
Original Loan: $300,000.00

File#: **P24F3F4B**

Re-Negotiation Assistance



Dear SILVIA R & KEITH A LASKO,

**Urgent!** According to records obtained through the county, **a foreclosure sale date** has been recorded and **scheduled for 05/18/2016** on property located at 8604 VIVID VIOLET AVE, LAS VEGAS, NV 89143-5114. APN #125-08-712-016. Your first mortgage, originally funded by US BANK TRUST, may be eligible to be **RESTRUCTURED** as a result of new government programs effective to a 5, 10, or a 30 year fixed rate mortgage with a payment of only $1,108.86 per month **even if you were denied a loan modification, your home recently sold or have a foreclosure sale date.**

This offer to assist you with your current home loan may include a **Reduction in your monthly rate, payments and principal balance owed by up to 20%-50%.** We may also be able to prevent your home from going to foreclosure auction and postpone a sale date. With our current strategy, we push banks to re-negotiate the terms of your home loan, reduce the balance owed, stop foreclosure auctions, and in some cases help you reacquire your home at current market value. No appraisal, no equity, and no credit verification are required. **Late Payments, Notices Of Default, And Foreclosure Sale Dates Are Okay.** This will be our final attempt to contact you.

| Example of how we can help you: | | |
|---|---|---|
| **OLD RATE** | **OLD PAYMENT** | |
| 8.5% | $2,306.74 | |
| **NEW RATE** | **NEW PAYMENT** | **MONTHLY SAVINGS** |
| 2% | $1,108.86 | $1,197.88 |

If you are facing a financial hardship or in danger of losing your home to foreclosure,
**CALL IMMEDIATELY TO HELP WITH POSTPONING ANY
AND ALL SCHEDULED FORECLOSURE SALES IN
RELATION TO THE SUBJECT PROPERTY AT 1-800-343-9167
Our business hours are Monday – Friday 8AM to 8 PM.
Saturday 8AM to 4PM**



**CALIBER HOME LOANS**

RETURN SERVICE ONLY
Please do not send correspondence to this address
PO Box 619063
Dallas TX 75261-9063

**Mortgage Statement**

Statement Date: 12/18/2018

If you have questions or concerns about your statement, please contact us at 1-800-401-6587 between the hours of 9:00am and 6:00pm, Monday through Friday (CST), or email us anytime by logging in to your account at myaccount.caliberhomeloans.com and selecting "Contact Us."

1-759-93005-0028029-010-2-010-010-000-000

SILVIA R LASKO
8604 VIVID VIOLET AVE
LAS VEGAS NV 89143-5114

| | |
|---|---|
| **Account Number** | **9804174051** |
| **Payment Date** | **01/01/19** |
| **Payment Amount** | **$38,638.18** |

Property Address: 8604 VIVID VIOLET AVE
LAS VEGAS NV 89143

## Messages or Transaction Activity        (Continued)

**Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account unless your loan is current, prepaid, or a daily simple interest loan. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.



**CALIBER**
HOME LOANS

NMLS ID 15622

RETURN SERVICE ONLY
Please do not send mail to this address
P.O. Box 619063
Dallas TX 75261-9063

# Mortgage Statement
Statement Date: 05/09/2018

If you have questions or concerns about your statement,
Please contact us at 1-800-401-6587 between the hours of
9:00am and 6:00pm, Monday through Friday (CST), or email
us by logging in to your account at
myaccount.caliberhomeloans.com and selecting "Contact Us."

3-759-88050-0009566-004-1-001-010-000-000

SILVIA R LASKO
8604 VIVID VIOLET AVE
LAS VEGAS NV 89143-5114

| Account Number | 9804174051 |
| Payment Date | 06/01/18 |
| Payment Amount | $20,056.44 |

Property Address: 8604 VIVID VIOLET AVE
LAS VEGAS NV 89143

## Bankruptcy Message

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

**If you want to stop receiving statements, write to us.**

## Account Information

| | |
| --- | --- |
| Outstanding Principal | $284,666.25 |
| Interest Rate (Until 10/01/51) | 6.75000% |
| Prepayment Penalty | No |

## Explanation of Payment Amount

| | |
| --- | --- |
| Principal | $201.99 |
| Interest | $1,593.47 |
| Escrow (Taxes and Insurance) | $653.69 |
| **Regular Monthly Payment** | **$2,449.15** |
| Past Unpaid Amount | $16,598.79 |
| Total Fees and Charges | $1,008.50 |
| **Total Payment Amount** | **$20,056.44** |

## **Account History**

The servicer has made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process on the loan.

*Recent Account History*
- Payment due 12/01/17:  Unpaid balance of $2,176.52
- Payment due 01/01/18:  Unpaid balance of $2,449.15
- Payment due 02/01/18:  Unpaid balance of $2,449.15
- Payment due 03/01/18:  Unpaid balance of $2,449.15
- Payment due 04/01/18:  Unpaid balance of $3,167.65
- Payment due 05/01/18:  Unpaid balance of $2,739.15

Current Payment Date  06/01/18 : $2,449.15
**Total: $20,056.44 unpaid amount that, if paid, would bring your loan current.**
**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

## Past Payments Breakdown:

| | Recently Paid | Paid Year to Date |
| --- | --- | --- |
| Principal | $4,731.88 | $0.00 |
| Interest | $20,938.05 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $58.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$25,727.93** | **$0.00** |

## Important Messages

***Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

## Transaction Activity (02/07/18 - 05/09/18)

| Date | Description | Transaction Amount | Principal | Interest | Escrow | Charges | Unapplied Funds | Fees |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 02-07-2018 | Property Taxes | $705.70 | $0.00 | $0.00 | $705.70 | $0.00 | $0.00 | $0.00 |
| 03-06-2018 | Fee Bill-Val Brokers Price Opi | $118.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $118.50 |
| 03-13-2018 | Fee Bill-FCL Title Fees | $600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $600.00 |
| 04-02-2018 | Fee Bill-FCL Recordation Costs | $290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $290.00 |

**PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK AND RETURN THE BOTTOM PORTION**



# CALIBER
## HOME LOANS

NMLS ID 15622

**Mortgage Statement**
Statement Date: 07/18/2018

RETURN SERVICE ONLY
Please do not send mail to this address
P.O. Box 619063
Dallas TX 75261-9063

0-759-89638-0023349-008-1-000-010-000-000

SILVIA R LASKO
8604 VIVID VIOLET AVE
LAS VEGAS NV 89143-5114

If you have questions or concerns about your statement,
Please contact us at 1-800-401-6587 between the hours of
9:00am and 6:00pm, Monday through Friday (CST), or email
us by logging in to your account at
myaccount.caliberhomeloans.com and selecting "Contact Us."

| | |
|---|---|
| Account Number | 9804174051 |
| Payment Date | 08/01/18 |
| Payment Amount | $24,954.74 |

Property Address: 8604 VIVID VIOLET AVE
LAS VEGAS NV 89143

## Bankruptcy Message

Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write to us.

## Account Information

| | |
|---|---|
| Outstanding Principal | $284,666.25 |
| Interest Rate (Until 10/01/51) | 6.75000% |
| Prepayment Penalty | No |

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $204.27 |
| Interest | $1,591.19 |
| Escrow (Taxes and Insurance) | $653.69 |
| Past Unpaid Amount | $21,497.09 |
| Total Fees and Charges | $1,008.50 |
| **Reinstatement Amount** | **$24,954.74** |
| **Acceleration Amount** | **$472,023.58** |

## **Account History**

The servicer has made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process on the loan.

*Recent Account History*
- Payment due 02/01/18: Unpaid balance of $2,449.15
- Payment due 03/01/18: Unpaid balance of $2,449.15
- Payment due 04/01/18: Unpaid balance of $3,167.65
- Payment due 05/01/18: Unpaid balance of $2,739.15
- Payment due 06/01/18: Unpaid balance of $2,449.15
- Payment due 07/01/18: Unpaid balance of $2,449.15

Current Payment Due  08/01/18 - $2,449.15
**Total: $24,954.74 unpaid amount that, if paid, would bring your loan current.**
**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

## Past Payments Breakdown:

| | Recently Paid | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Important Messages

*The reinstatement amount listed above will only be accepted by Caliber through the day before your next payment date. If you wish to payoff the loan please contact our Customer Service Department to request a payoff statement at 1-800-401-6587, Monday- Friday 8 a.m. to 7 p.m. Central Time, excluding federal holidays.

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

## Transaction Activity (06/19/18 - 07/18/18)

| Date | Description | Transaction Amount | Principal | Interest | Escrow | Charges | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|
| 07-02-2018 | Property Insurance | $1,958.34 | $0.00 | $0.00 | $1,958.34 | $0.00 | $0.00 | $0.00 |

**PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK AND RETURN THE BOTTOM PORTION**

# CALIBER
# HOME LOANS

RETURN SERVICE ONLY
Please do not send mail to this address
P.O. Box 619063
Dallas TX 75261-9063

NMLS ID 15622

# Mortgage Statement
Statement Date: 06/18/2019

If you have questions or concerns about your statement,
Please contact us at 1-800-401-6587 between the hours of
9:00am and 6:00pm, Monday through Friday (CST), or email
us by logging in to your account at
myaccount.caliberhomeloans.com and selecting "Contact Us."

0-759-96497-0019382-007-1-000-010-000-000

SILVIA R LASKO
8604 VIVID VIOLET AVE
LAS VEGAS NV  89143-5114

## Bankruptcy Message

Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.

We are sending this statement to you for informational and compliance purposes only.  It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write to us.

| | |
|---|---|
| Account Number | **9804174051** |
| Payment Date | **07/01/19** |
| Payment Amount | **$52,948.06** |

Property Address:  8604 VIVID VIOLET AVE
LAS VEGAS NV 89143

## Account Information

| | |
|---|---|
| Outstanding Principal | $284,666.25 |
| Interest Rate (Until 10/01/51) | 6.75000% |
| Prepayment Penalty | No |

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $217.27 |
| Interest | $1,578.19 |
| Escrow (Taxes and Insurance) | $589.52 |
| Past Unpaid Amount | $47,988.55 |
| Total Fees and Charges | $2,574.53 |
| Reinstatement Amount | $52,948.06 |
| Acceleration Amount | $495,235.13 |

## **Account History**

The servicer has made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process on the loan.

*Recent Account History*
- Payment due 01/01/19:  Unpaid balance of $2,384.98
- Payment due 02/01/19:  Unpaid balance of $2,384.98
- Payment due 03/01/19:  Unpaid balance of $2,384.98
- Payment due 04/01/19:  Unpaid balance of $2,384.98
- Payment due 05/01/19:  Unpaid balance of $2,384.98
- Payment due 06/01/19:  Unpaid balance of $2,384.98

Current Payment Due  07/01/19 - $2,384.98
**Total: $52,948.06 unpaid amount that, if paid, would bring your loan current.**
**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

## Past Payments Breakdown:

| | Recently Paid | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Important Messages

**Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account unless your loan is current, prepaid, or a daily simple interest loan. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

## Transaction Activity (05/19/19 - 06/18/19)

***** There is no activity for this time period. *****



**CALIBER**
HOME LOANS

Please do not send mail to this address
Caliber Home Loans, Inc.
P.O. Box 619063
Dallas, TX 75261-9063

**ANNUAL ESCROW ACCOUNT**
**DISCLOSURE STATEMENT**

Analysis Date: 10/25/2017
Loan Number: 9804174051
Property Address: 8604 VIVID VIOLET AVE
LAS VEGAS NV 89143

1-759-83624-0025240-006-1-000-010-000-000

SILVIA R LASKO
8604 VIVID VIOLET AVE
LAS VEGAS NV  89143-5114

| | CURRENT PAYMENT | NEW PAYMENT EFFECTIVE 01/01/2018 |
|---|---|---|
| Principal & Interest | $1,795.46 | $1,795.46 |
| Escrow Deposit | $381.06 | $440.84 |
| Escrow Adjustment | $0.00 | $212.85 |
| **Total Monthly Payment** | **$2,176.52** | **$2,449.15** |

Customer Service: 1-800-401-6587
Mon - Fri, 8:00 a.m. to 7:00 p.m. (CST)
www.caliberhomeloans.com

In accordance with federal guidelines, Caliber Home Loans, Inc. will review your escrow account annually. Certain conditions may require your escrow account to be reviewed more than once in a 12-month period. This statement details your actual escrow account activity since your previous disclosure statement or your initial disclosure and reflects the anticipated activity for the next 12 months.

### ESCROW ACTIVITY FOR THE NEXT 12 MONTH ESCROW CYCLE



| Month | Anticipated Payment | Anticipated Disbursement | Description | Anticipated Balance | Required Balance | |
|---|---|---|---|---|---|---|
| | | | STARTING BALANCE | -1,055.68 | 1,498.56 | |
| Jan 2018 | 440.84 | .00 | | -614.84 | 1,939.40 | |
| Feb 2018 | 440.84 | -705.70 | COUNTY TAX | -879.70 | 1,674.54 | |
| Mar 2018 | 440.84 | .00 | | -438.86 | 2,115.38 | |
| Apr 2018 | 440.84 | .00 | | 1.98 | 2,556.22 | |
| May 2018 | 440.84 | .00 | | 442.82 | 2,997.06 | |
| Jun 2018 | 440.84 | .00 | | 883.66 | 3,437.90 | |
| Jul 2018 | 440.84 | -1,910.36 | HOMEOWNER INS | -585.86 | 1,968.38 | |
| Aug 2018 | 440.84 | -1,262.68 | COUNTY TAX | -1,407.70 | 1,146.54 | |
| Sep 2018 | 440.84 | -705.70 | COUNTY TAX | -1,672.56 * | 881.68 | ** |
| Oct 2018 | 440.84 | .00 | | -1,231.72 | 1,322.52 | |
| Nov 2018 | 440.84 | .00 | | -790.88 | 1,763.36 | |
| Dec 2018 | 440.84 | -705.70 | COUNTY TAX | -1,055.74 | 1,498.50 | |
| **TOTAL** | **5,290.08** | **-5,290.14** | | | | |

### CALCULATION OF ESCROW SHORTAGE

| | | |
|---|---|---|
| *Anticipated Low Point Escrow Balance | $ | -$1,672.56 |
| **Allowable Required Balance | $ | $881.68 |
| | | |
| Total Escrow Shortage | $ | -2,554.24 |
| Monthly Escrow Adjustment | $ | 212.85 |
| (Total divided by 12) | | |

▼    DETACH COUPON HERE    ▼

759-2036-0414F



# CALIBER
## HOME LOANS

Please do not send mail to this address

Dallas TX 75261-9063

NMLS ID 15622

# Mortgage Statement
Statement Date: 06/18/2018

If you have questions or concerns about your statement, Please contact us at 1-800-401-6587 between the hours of 9:00am and 6:00pm, Monday through Friday (CST), or email us by logging in to your account at myaccount.caliberhomeloans.com and selecting " Contact Us."

2-759-88953-0029710-010-1-000-010-000-000

SILVIA R LASKO
8604 VIVID VIOLET AVE
LAS VEGAS NV  89143-5114

## Bankruptcy Message

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only.  It is not an attempt to collect a debt against you.

**If you want to stop receiving statements, write to us.**

| | |
|---|---|
| Account Number | 9804174051 |
| Payment Date | 07/01/18 |
| Payment Amount | $22,505.59 |

Property Address:  8604 VIVID VIOLET AVE
LAS VEGAS NV 89143

## Account Information

| | |
|---|---|
| Outstanding Principal | $284,666.25 |
| Interest Rate (Until 10/01/51) | 6.75000% |
| Prepayment Penalty | No |

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $203.13 |
| Interest | $1,592.33 |
| Escrow (Taxes and Insurance) | $653.69 |
| **Regular Monthly Payment** | **$2,449.15** |
| Past Unpaid Amount | $19,047.94 |
| Total Fees and Charges | $1,008.50 |
| **Total Payment Amount** | **$22,505.59** |

## **Account History**

The servicer has made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process on the loan.

*Recent Account History*
- Payment due 01/01/18:  Unpaid balance of $2,449.15
- Payment due 02/01/18:  Unpaid balance of $2,449.15
- Payment due 03/01/18:  Unpaid balance of $2,449.15
- Payment due 04/01/18:  Unpaid balance of $3,167.65
- Payment due 05/01/18:  Unpaid balance of $2,739.15
- Payment due 06/01/18:  Unpaid balance of $2,449.15

Current Payment Date  07/01/18 : $2,449.15
**Total: $22,505.59 unpaid amount that, if paid, would bring your loan current.**
**If You Are Experiencing Financial Difficulty**: See back for information about mortgage counseling or assistance.

## Past Payments Breakdown:

| | Recently Paid | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Important Messages

*The reinstatement amount listed above will only be accepted by Caliber through the day before your next payment date. If you wish to payoff the loan please contact our Customer Service Department to request a payoff statement at 1-800-401-6587, Monday- Friday 8 a.m. to 7 p.m. Central Time, excluding federal holidays.
*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

## Transaction Activity (05/10/18 - 06/18/18)

**\*\*\*\*\* There is no activity for this time period. \*\*\*\*\***

PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK AND RETURN THE BOTTOM PORTION



# CALIBER
## HOME LOANS

RETURN SERVICE ONLY
P.O. Box 619063
Dallas TX 75261-9063

NMLS ID 15622

# Mortgage Statement
Statement Date: 06/18/2018

If you have questions or concerns about your statement,
Please contact us at 1-800-401-6587 between the hours of
9:00am and 6:00pm, Monday through Friday (CST), or email
us by logging in to your account at
myaccount.caliberhomeloans.com and selecting "Contact Us."

2-759-88953-0029710-010-2-000-010-000-000

ॎllۃll|lۃۃlۃ|ۃ|ۃۃۃlۃۃ||lۃۃۃۃ||ۃۃۃ|ۃۃۃۃ|lۃ|lۃۃۃlۃ|

SILVIA R LASKO
8604 VIVID VIOLET AVE
LAS VEGAS NV  89143-5114

| Account Number | 9804174051 |
|---|---|
| Payment Date | 07/01/18 |
| Payment Amount | $22,505.59 |

Property Address:  8604 VIVID VIOLET AVE
LAS VEGAS NV 89143

## Bankruptcy Message

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only.  It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write to us.

## Account Information

| | |
|---|---|
| Outstanding Principal | $284,666.25 |
| Interest Rate (Until 10/01/51) | 6.75000% |
| Prepayment Penalty | No |

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $203.13 |
| Interest | $1,592.33 |
| Escrow (Taxes and Insurance) | $653.69 |
| Past Unpaid Amount | $19,047.94 |
| Total Fees and Charges | $1,008.50 |
| **Reinstatement Amount** | **$22,505.59** |
| **Acceleration Amount** | **$468,463.99** |

## **Account History**

## Past Payments Breakdown:

| | Recently Paid | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Important Messages

*The reinstatement amount listed above will only be accepted by Caliber through the day before your next payment date. If you wish to payoff the loan please contact our Customer Service Department to request a payoff statement at 1-800-401-6587, Monday- Friday 8 a.m. to 7 p.m. Central Time, excluding federal holidays.

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

## Transaction Activity (05/10/18 - 06/18/18)

***** There is no activity for this time period. *****

**PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK AND RETURN THE BOTTOM PORTION**

# CALIBER
## HOME LOANS

Please do not send mail to this address
C/O P.O. Box 69063
Dallas TX 75261-9063

NMLS ID 15622

**Mortgage Statement**
Statement Date: 08/18/2018

If you have questions or concerns about your statement, Please contact us at 1-800-401-6587 between the hours of 9:00am and 6:00pm, Monday through Friday (CST), or email us by logging in to your account at myaccount.caliberhomeloans.com and selecting "Contact Us."

1-759-90353-0022725-008-1-000-010-000-000

SILVIA R LASKO
8604 VIVID VIOLET AVE
LAS VEGAS NV 89143-5114

---

## Bankruptcy Message

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only.  It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write to us.

| | |
|---|---|
| Account Number | 9804174051 |
| Payment Date | 09/01/18 |
| Payment Amount | $28,969.92 |

**Property Address:**  8604 VIVID VIOLET AVE
LAS VEGAS NV 89143

---

## Account Information

| | |
|---|---|
| Outstanding Principal | $284,666.25 |
| Interest Rate (Until 10/01/51) | 6.75000% |
| Prepayment Penalty | No |

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $205.42 |
| Interest | $1,590.04 |
| Escrow (Taxes and Insurance) | $653.69 |
| Past Unpaid Amount | $23,946.24 |
| Total Fees and Charges | $2,574.53 |
| **Reinstatement Amount** | **$28,969.92** |
| **Acceleration Amount** | **$477,016.61** |

---

## **Account History**

The servicer has made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process on the loan.

### Recent Account History

- Payment due 03/01/18:  Unpaid balance of $2,449.15
- Payment due 04/01/18:  Unpaid balance of $3,167.65
- Payment due 05/01/18:  Unpaid balance of $2,739.15
- Payment due 06/01/18:  Unpaid balance of $2,449.15
- Payment due 07/01/18:  Unpaid balance of $2,449.15
- Payment due 08/01/18:  Unpaid balance of $2,449.15

Current Payment Due  09/01/18 - $2,449.15

**Total: $28,969.92 unpaid amount that, if paid, would bring your loan current.**

**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

### Past Payments Breakdown:

| | Recently Paid | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

---

## Important Messages

*The reinstatement amount listed above will only be accepted by Caliber through the day before your next payment date. If you wish to payoff the loan please contact our Customer Service Department to request a payoff statement at 1-800-401-6587, Monday- Friday 8 a.m. to 7 p.m. Central Time, excluding federal holidays.

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

---

## Transaction Activity (07/19/18 - 08/18/18)

| Date | Description | Transaction Amount | Principal | Interest | Escrow | Charges | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|
| 07-30-2018 | Property Taxes | $1,825.75 | $0.00 | $0.00 | $1,825.75 | $0.00 | $0.00 | $0.00 |
| 08-13-2018 | Fee Bill-FCL Attorney Fees | $1,296.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,296.25 |
| 08-13-2018 | Fee Bill-FCL Attorney Costs | $85.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $85.00 |
| 08-13-2018 | Fee Bill-FCL Statutory Disburs | $40.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $40.00 |

**PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK AND RETURN THE BOTTOM PORTION**

# CALIBER HOME LOANS

**RETURN SERVICE ONLY**
Please do not send mail to this address
P.O. Box 619063
Dallas TX 75261-9063

NMLS ID 15622

## Mortgage Statement
Statement Date: 05/09/2018

If you have questions or concerns about your statement, Please contact us at 1-800-401-6587 between the hours of 9:00am and 6:00pm, Monday through Friday (CST), or email us by logging in to your account at myaccount.caliberhomeloans.com and selecting " Contact Us."

3-759-88050-0009566-004-1-001-010-000-000



SILVIA R LASKO
8604 VIVID VIOLET AVE
LAS VEGAS NV  89143-5114

## Bankruptcy Message

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only.  It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write to us.

| Account Number | 9804174051 |
|---|---|
| Payment Date | 06/01/18 |
| Payment Amount | $20,056.44 |

Property Address:  8604 VIVID VIOLET AVE
LAS VEGAS NV 89143

## Account Information

| | |
|---|---|
| Outstanding Principal | $284,666.25 |
| Interest Rate (Until 10/01/51) | 6.75000% |
| Prepayment Penalty | No |

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $201.99 |
| Interest | $1,593.47 |
| Escrow (Taxes and Insurance) | $653.69 |
| **Regular Monthly Payment** | **$2,449.15** |
| Past Unpaid Amount | $16,598.79 |
| Total Fees and Charges | $1,008.50 |
| **Total Payment Amount** | **$20,056.44** |

## **Account History**

The servicer has made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process on the loan.

**Recent Account History**
- Payment due 12/01/17:  Unpaid balance of $2,176.52
- Payment due 01/01/18:  Unpaid balance of $2,449.15
- Payment due 02/01/18:  Unpaid balance of $2,449.15
- Payment due 03/01/18:  Unpaid balance of $2,449.15
- Payment due 04/01/18:  Unpaid balance of $3,167.65
- Payment due 05/01/18:  Unpaid balance of $2,739.15

Current Payment Date  06/01/18 : $2,449.15
**Total: $20,056.44 unpaid amount that, if paid, would bring your loan current.**
**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

## Past Payments Breakdown:

| | Recently Paid | Paid Year to Date |
|---|---|---|
| Principal | $4,731.88 | $0.00 |
| Interest | $20,938.05 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $58.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$25,727.93** | **$0.00** |

## Important Messages

**\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

## Transaction Activity (02/07/18 - 05/09/18)

| Date | Description | Transaction Amount | Principal | Interest | Escrow | Charges | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|
| 02-07-2018 | Property Taxes | $705.70 | $0.00 | $0.00 | $705.70 | $0.00 | $0.00 | $0.00 |
| 03-06-2018 | Fee Bill-Val Brokers Price Opi | $118.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $118.50 |
| 03-13-2018 | Fee Bill-FCL Title Fees | $600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $600.00 |

# CALIBER
## HOME LOANS

**RETURN SERVICE ONLY**
Please do not send mail to this address
P.O. Box 619063
Dallas TX 75261-9063

NMLS ID 15622

# Mortgage Statement
Statement Date: 05/09/2018

If you have questions or concerns about your statement,
Please contact us at 1-800-401-6587 between the hours of
9:00am and 6:00pm, Monday through Friday (CST), or email
us by logging in to your account at
myaccount.caliberhomeloans.com and selecting " Contact Us."

3-759-88050-0009566-004-1-001-010-000-000


SILVIA R LASKO
8604 VIVID VIOLET AVE
LAS VEGAS NV  89143-5114

## Bankruptcy Message

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only.  It is not an attempt to collect a debt against you.

**If you want to stop receiving statements, write to us.**

| Account Number | 9804174051 |
|---|---|
| Payment Date | 06/01/18 |
| Payment Amount | $20,056.44 |

Property Address:  8604 VIVID VIOLET AVE
LAS VEGAS NV 89143

## Account Information

| | |
|---|---|
| Outstanding Principal | $284,666.25 |
| Interest Rate (Until 10/01/51) | 6.75000% |
| Prepayment Penalty | No |

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $201.99 |
| Interest | $1,593.47 |
| Escrow (Taxes and Insurance) | $653.69 |
| **Regular Monthly Payment** | **$2,449.15** |
| Past Unpaid Amount | $16,598.79 |
| Total Fees and Charges | $1,008.50 |
| **Total Payment Amount** | **$20,056.44** |

## **Account History**

The servicer has made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process on the loan.

*Recent Account History*
- Payment due 12/01/17:  Unpaid balance of $2,176.52
- Payment due 01/01/18:  Unpaid balance of $2,449.15
- Payment due 02/01/18:  Unpaid balance of $2,449.15
- Payment due 03/01/18:  Unpaid balance of $2,449.15
- Payment due 04/01/18:  Unpaid balance of $3,167.65
- Payment due 05/01/18:  Unpaid balance of $2,739.15

Current Payment Date  06/01/18 : $2,449.15
**Total: $20,056.44 unpaid amount that, if paid, would bring your loan current.**
**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

### Past Payments Breakdown:

| | Recently Paid | Paid Year to Date |
|---|---|---|
| Principal | $4,731.88 | $0.00 |
| Interest | $20,938.05 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $58.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$25,727.93** | **$0.00** |

## Important Messages

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

## Transaction Activity (02/07/18 - 05/09/18)

| Date | Description | Transaction Amount | Principal | Interest | Escrow | Charges | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|
| 02-07-2018 | Property Taxes | $705.70 | $0.00 | $0.00 | $705.70 | $0.00 | $0.00 | $0.00 |
| 03-06-2018 | Fee Bill-Val Brokers Price Opi | $118.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $118.50 |
| 03-13-2018 | Fee Bill-FCL Title Fees | $600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $600.00 |

# CALIBER
## HOME LOANS

**RETURN SERVICE ONLY**
Please do not send mail to this address
P.O. Box 619063
Dallas TX 75261-9063

NMLS ID 15622

# Mortgage Statement
Statement Date: 06/18/2019

0-759-96497-0019382-007-1-000-010-000-000


SILVIA R LASKO
8604 VIVID VIOLET AVE
LAS VEGAS NV 89143-5114

If you have questions or concerns about your statement,
Please contact us at 1-800-401-6587 between the hours of
9:00am and 6:00pm, Monday through Friday (CST), or email
us by logging in to your account at
myaccount.caliberhomeloans.com and selecting "Contact Us."

## Bankruptcy Message

Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write to us.

| | |
|---|---|
| **Account Number** | **9804174051** |
| **Payment Date** | **07/01/19** |
| **Payment Amount** | **$52,948.06** |

**Property Address:** 8604 VIVID VIOLET AVE
LAS VEGAS NV 89143

## Account Information

| | |
|---|---|
| Outstanding Principal | $284,666.25 |
| Interest Rate (Until 10/01/51) | 6.75000% |
| Prepayment Penalty | No |

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $217.27 |
| Interest | $1,578.19 |
| Escrow (Taxes and Insurance) | $589.52 |
| Past Unpaid Amount | $47,988.55 |
| Total Fees and Charges | $2,574.53 |
| **Reinstatement Amount** | **$52,948.06** |
| **Acceleration Amount** | **$495,235.13** |

## **Account History**

The servicer has made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process on the loan.

*Recent Account History*
- Payment due 01/01/19: Unpaid balance of $2,384.98
- Payment due 02/01/19: Unpaid balance of $2,384.98
- Payment due 03/01/19: Unpaid balance of $2,384.98
- Payment due 04/01/19: Unpaid balance of $2,384.98
- Payment due 05/01/19: Unpaid balance of $2,384.98
- Payment due 06/01/19: Unpaid balance of $2,384.98

Current Payment Due 07/01/19 - $2,384.98
**Total: $52,948.06 unpaid amount that, if paid, would bring your loan current.**
**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

## Past Payments Breakdown:

| | Recently Paid | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Important Messages

**Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account unless your loan is current, prepaid, or a daily simple interest loan. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

## Transaction Activity (05/19/19 - 06/18/19)

***** There is no activity for this time period. *****

# CALIBER
# HOME LOANS

**RETURN SERVICE ONLY**
Please do not send mail to this address
P.O. Box 619063
Dallas TX 75261-9063

NMLS ID 15622

# Mortgage Statement
Statement Date: 06/18/2019

If you have questions or concerns about your statement,
Please contact us at 1-800-401-6587 between the hours of
9:00am and 6:00pm, Monday through Friday (CST), or email
us by logging in to your account at
myaccount.caliberhomeloans.com and selecting "Contact Us."

0-759-96497-0019382-007-1-000-010-000-000



SILVIA R LASKO
8604 VIVID VIOLET AVE
LAS VEGAS NV 89143-5114

## Bankruptcy Message

Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write to us.

| Account Number | 9804174051 |
|---|---|
| Payment Date | 07/01/19 |
| Payment Amount | $52,948.06 |

Property Address: 8604 VIVID VIOLET AVE
LAS VEGAS NV 89143

## Account Information

| | |
|---|---|
| Outstanding Principal | $284,666.25 |
| Interest Rate (Until 10/01/51) | 6.75000% |
| Prepayment Penalty | No |

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $217.27 |
| Interest | $1,578.19 |
| Escrow (Taxes and Insurance) | $589.52 |
| Past Unpaid Amount | $47,988.55 |
| Total Fees and Charges | $2,574.53 |
| **Reinstatement Amount** | **$52,948.06** |
| **Acceleration Amount** | **$495,235.13** |

## **Account History**

The servicer has made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process on the loan.

*Recent Account History*
- Payment due 01/01/19: Unpaid balance of $2,384.98
- Payment due 02/01/19: Unpaid balance of $2,384.98
- Payment due 03/01/19: Unpaid balance of $2,384.98
- Payment due 04/01/19: Unpaid balance of $2,384.98
- Payment due 05/01/19: Unpaid balance of $2,384.98
- Payment due 06/01/19: Unpaid balance of $2,384.98

Current Payment Due 07/01/19 - $2,384.98
**Total: $52,948.06 unpaid amount that, if paid, would bring your loan current.**
**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

## Past Payments Breakdown:

| | Recently Paid | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Important Messages

**Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account unless your loan is current, prepaid, or a daily simple interest loan. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

## Transaction Activity (05/19/19 - 06/18/19)

***** There is no activity for this time period. *****

| | | |
|---|---|---|
| 10/01/2011 | at | $2,326.85 |
| 11/01/2011 | at | $2,326.85 |
| 12/01/2011 | at | $2,326.85 |
| 01/01/2012 | at | $2,326.85 |
| 02/01/2012 | at | $2,326.85 |
| 03/01/2012 | at | $2,326.85 |
| 04/01/2012 | at | $2,326.85 |
| 05/01/2012 | at | $2,326.85 |
| 06/01/2012 | at | $2,326.85 |
| 07/01/2012 | at | $2,326.85 |
| 08/01/2012 | at | $2,326.85 |
| 09/01/2012 | at | $2,326.85 |
| 10/01/2012 | at | $2,326.85 |
| 11/01/2012 | at | $2,326.85 |
| 12/01/2012 | at | $2,326.85 |
| 01/01/2013 | at | $2,326.85 |
| 02/01/2013 | at | $2,326.85 |
| 03/01/2013 | at | $2,326.85 |
| 04/01/2013 | at | $2,326.85 |
| 05/01/2013 | at | $2,326.85 |
| 06/01/2013 | at | $2,326.85 |
| 07/01/2013 | at | $2,326.85 |
| 08/01/2013 | at | $2,326.85 |
| 09/01/2013 | at | $2,326.85 |
| 10/01/2013 | at | $2,326.85 |
| 11/01/2013 | at | $2,326.85 |
| 12/01/2013 | at | $2,326.85 |
| 01/01/2014 | at | $2,326.85 |
| 02/01/2014 | at | $2,326.85 |
| 03/01/2014 | at | $2,326.85 |
| 04/01/2014 | at | $2,326.85 |
| 05/01/2014 | at | $2,326.85 |
| 06/01/2014 | at | $2,326.85 |
| 07/01/2014 | at | $2,326.85 |
| 08/01/2014 | at | $2,326.85 |
| 09/01/2014 | at | $2,326.85 |
| 10/01/2014 | at | $2,326.85 |
| 11/01/2014 | at | $2,326.85 |
| 12/01/2014 | at | $2,326.85 |
| 01/01/2015 | at | $2,326.85 |
| 02/01/2015 | at | $2,326.85 |
| 03/01/2015 | at | $2,326.85 |
| 04/01/2015 | at | $2,326.85 |
| 05/01/2015 | at | $2,326.85 |
| 06/01/2015 | at | $2,326.85 |
| 07/01/2015 | at | $2,326.85 |
| 08/01/2015 | at | $2,326.85 |
| 09/01/2015 | at | $2,326.85 |
| 10/01/2015 | at | $2,326.85 |
| Late Charges: | 11/02/2015 | $583.74 |
| Other Charges: | Uncollected NSF Fees: | $0.00 |
| | Other Fees: | $0.00 |
| | Corporate Advance Balance: | $3,577.15 |
| | Escrow Advance Balance: | $0.00 |
| | Unapplied Balance: | ($0.00) |

**TOTAL YOU MUST PAY TO CURE DEFAULT:**          **$146,098.74**



W NV NOLFLAT



10/30/2015

SILVIA R LASKO
KEITH A LASKO
8604 VIVID VIOLET AVE
LAS VEGAS, NV 89143-5114                                Sent Via First Class Mail

Loan Number:          9804174051
Property Address:     8604 VIVID VIOLET AVE
                      LAS VEGAS, NV 89143-5114

## NOTICE OF DEFAULT AND INTENT TO ACCELERATE

Dear SILVIA R LASKO and KEITH A LASKO:

This letter is formal notice by Caliber Home Loans, Inc. that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay the amounts due. As of 10/30/2015, your home loan is 1855 days in default.

If you have questions about any of the items contained in this notice, or need any additional information about the mortgage loan, please contact Tessa Bachus at 1-800-621-1437 or calibermods@caliberhomeloans.com, whom we have designated as your single point of contact.

The loan is paid through 09/01/2010; the date of your last payment was 09/15/2010.

We have the ability to foreclose because:  We are a nonholder in possession of the instrument who has the rights of a holder.

The following is a breakdown of what is due as of the date of this letter.  As of the date of this notice, the total amount required to cure the default is $146,098.74, which consists of the following:

| | | |
|---|---|---|
| Next Payment Due Date: | | 10/01/2010 |
| Total Monthly Payments Due: | | $141,937.85 |
| 10/01/2010 | at | $2,326.85 |
| 11/01/2010 | at | $2,326.85 |
| 12/01/2010 | at | $2,326.85 |
| 01/01/2011 | at | $2,326.85 |
| 02/01/2011 | at | $2,326.85 |
| 03/01/2011 | at | $2,326.85 |
| 04/01/2011 | at | $2,326.85 |
| 05/01/2011 | at | $2,326.85 |
| 06/01/2011 | at | $2,326.85 |
| 07/01/2011 | at | $2,326.85 |
| 08/01/2011 | at | $2,326.85 |
| 09/01/2011 | at | $2,326.85 |

W  NV  NOI FLAT

**7-NOTICE OF BREACH OF WRITTEN AGREEMENT BETWEEN SILVIA REGINA LASKO AND COUNTRYWIDE**

Inst #: 20180329-0002635
Fees: $290.00
03/29/2018 03:35:26 PM
Receipt #: 3360103
Requestor:
SERVICELINK TITLE AGENCY IN
Recorded By: CDE  Pgs: 8
**DEBBIE CONWAY**
**CLARK COUNTY RECORDER**
Src: ERECORD
Ofc: ERECORD

Assessor's Parcel No(s): 125-08-712-016
Recording requested by:

When recorded mail to:
Caliber Home Loans, Inc. – Document Control
13801 WIRELESS WAY
OKLAHOMA CITY, OK 73134

---

TS # NV-18-9400-JY                Space above this line for recorders use only
Property Address: 8604 VIVID VIOLET AVE, LAS VEGAS, NV 89143

It is hereby affirmed that this document submitted for recording does not contain the social security number of any person or persons (Per NRS 239B.030).

## Notice of Breach and Default and of Election to Cause Sale of Real Property Under Deed of Trust

NOTICE IS HEREBY GIVEN:  That SUMMIT REAL ESTATE SERVICES, LLC is either the original trustee, the duly appointed substituted trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated 7/24/2007, executed by SILVIA R LASKO , AND KEITH A LASKO , WIFE AND HUSBAND AS JOINT TENANTS, as Trustor, to secure certain obligations in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. SOLELY AS NOMINEE FOR COUNTRYWIDE BANK, FSB., ITS SUCCESSORS AND ASSIGNS, as beneficiary, recorded 8/6/2007, as Instrument No. 20070806-0000576, in Book xxx, Page xxx of Official Records in the Office of the Recorder of CLARK County, Nevada securing, among other obligations including 1 NOTE(S) FOR THE ORIGINAL sum of $300,000.00, that the beneficial interest under such Deed of Trust and the obligations secured thereby are presently held by the undersigned; that a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:

The installments of principal and interest which became due on 11/1/2017, and all subsequent installments of principal and interest through the date of this Notice, plus amounts that are due for late charges, delinquent property taxes, insurance premiums, advances made on senior liens, taxes and/or insurance, trustee's fees, and any attorney fees and court costs arising from or associated with the beneficiaries efforts to protect and preserve its security, all of which must be paid as a condition of reinstatement, including all sums that shall accrue through reinstatement or pay-off. Nothing in this notice shall be construed as a waiver of any fees owing to the Beneficiary under the Deed of Trust pursuant to the terms of the loan documents.

That by reason thereof the present Beneficiary under such deed of Trust has executed and delivered to said duly appointed Trustee a written Declaration of Default and Demand for Sale and has deposited with said duly appointed Trustee such Deed of Trust and all documents evidencing obligations secured thereby and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

**8-STATUTE OF LIMITATIONS ON BREACH OF WRITTEN CONTRACT**
**NEVADA 3 YEARS TO 6 YEARS, CALIFORNIA 4 YEARS**

- **Promissory Notes:** A promissory note is a written agreement to pay back a debt in certain payments, at a certain interest rate, and by a certain date and time. Mortgages and student loans are two examples of promissory notes.
- **Open-Ended Accounts:** An account with a revolving balance you can repay and then borrow again is open-ended. <u>Credit cards, in-store credit, and lines of credit</u> are all examples of open-ended accounts. If you can only borrow the money on time, it is not an open-ended account.

## The Statutes of Limitations for Each State

Each state has its own statute of limitations on debt, and they vary depending on the type of debt you have. Usually, it is between three and six years, but it can be as high as 10 or 15 years in some states. Before you respond to a debt collection, find out <u>the debt statute of limitations</u> for your state.

If the statute of limitations has passed, there may be less incentive for you to pay the debt. If the <u>credit reporting time limit</u> (a date independent of the statute of limitations) also has passed, you may be even less inclined to pay the debt.

These are the statutes of limitation, measured by years, in each state, as of June 2019.

| State | Oral | Written | Promissory | Open |
|-------|------|---------|------------|------|
| Alabama | 6 | 6 | 6 | 3 |
| Alaska | 3 | 3 | 3 | 3 |
| Arizona | 3 | 6 | 6 | 3 |
| Arkansas | 3 | 5 | 3 | 3 |
| California | 2 | 4 | 4 | 4 |
| Colorado | 6 | 6 | 6 | 6 |
| Connecticut | 3 | 6 | 6 | 3 |
| Delaware | 3 | 3 | 3 | 4 |
| Florida | 4 | 5 | 5 | 4 |
| Georgia | 4 | 6 | 6 | 6 |
| Hawaii | 6 | 6 | 6 | 6 |
| Idaho | 4 | 5 | 5 | 5 |
| Illinois | 5 | 10 | 10 | 5 |
| Indiana | 6 | 6 | 10 | 6 |
| Iowa | 5 | 10 | 5 | 5 |
| Kansas | 3 | 5 | 5 | 3 |
| Kentucky | 5 | 10 | 15 | 5 |
| Louisiana | 10 | 10 | 10 | 3 |
| Maine | 6 | 6 | 6 | 6 |

| | | | |
|---|---|---|---|
| Maryland | 3 | 3 | 6 | 3 |
| Massachusetts | 6 | 6 | 6 | 6 |
| Michigan | 6 | 6 | 6 | 6 |
| Minnesota | 6 | 6 | 6 | 6 |
| Mississippi | 3 | 3 | 3 | 3 |
| Missouri | 5 | 10 | 10 | 5 |
| Montana | 5 | 8 | 8 | 5 |
| Nebraska | 4 | 5 | 5 | 4 |
| Nevada | 4 | 6 | 3 | 4 |
| New Hampshire | 3 | 3 | 6 | 3 |
| New Jersey | 6 | 6 | 6 | 6 |
| New Mexico | 4 | 6 | 6 | 4 |
| New York | 6 | 6 | 6 | 6 |
| North Carolina | 3 | 3 | 5 | 3 |
| North Dakota | 6 | 6 | 6 | 6 |
| Ohio | 6 | 8 | 15 | 6 |
| Oklahoma | 3 | 5 | 5 | 3 |
| Oregon | 6 | 6 | 6 | 6 |
| Pennsylvania | 4 | 4 | 4 | 4 |
| Rhode Island | 10 | 10 | 10 | 10 |
| South Carolina | 3 | 3 | 3 | 3 |
| South Dakota | 6 | 6 | 6 | 6 |
| Tennessee | 6 | 6 | 6 | 6 |
| Texas | 4 | 4 | 4 | 4 |
| Utah | 4 | 6 | 6 | 4 |
| Vermont | 6 | 6 | 5 | 3 |
| Virginia | 3 | 5 | 6 | 3 |
| Washington | 3 | 6 | 6 | 3 |
| West Virginia | 5 | 10 | 6 | 5 |
| Wisconsin | 6 | 6 | 10 | 6 |
| Wyoming | 8 | 10 | 10 | 8 |

The Balance is part of the Dotdash publishing family.

**Statutes of limitations for each state (in number of years)**

| State | Written contracts | Oral contracts | Promissory notes | Open-ended accounts (including credit cards) |
|---|---|---|---|---|
| Nevada | 6 | 4 | 3 | 4 |
| New Hampshire | 3 | 3 | 6 | 3 |
| New Jersey | 6 | 6 | 6 | 6 |
| New Mexico | 6 | 4 | 6 | 4 |
| New York | 6 | 6 | 6 | 6 |
| North Carolina | 3 | 3 | 5 | 3 |
| North Dakota | 6 | 6 | 6 | 6 |
| Ohio | 6 | 15 | 15 | 6 |
| Oklahoma | 3 | 5 | 5 | 3 |
| Oregon | 6 | 6 | 6 | 6 |
| Pennsylvania | 4 | 4 | 4 | 4 |
| Rhode Island | 10 | 10 | 10 | 10 |
| South Carolina | 3 | 3 | 3 | 3 |
| South Dakota | 6 | 6 | 6 | 6 |
| Tennessee | 6 | 6 | 6 | 6 |
| Texas | 4 | 4 | 4 | 4 |
| Utah | 6 | 4 | 6 | 4 |
| Vermont | 6 | 6 | 5 | 3 |
| Virginia | 5 | 3 | 6 | 3 |
| Washington | 6 | 3 | 6 | 3 |
| West Virginia | 10 | 5 | 6 | 5 |
| Wisconsin | 6 | 6 | 10 | 6 |
| Wyoming | 10 | 8 | 10 | 8 |

# <u>Uniform Commercial Code</u> › <u>U.C.C. - ARTICLE 3 - NEGOTIABLE INSTRUMENTS (2002)</u> › <u>PART 1. GENERAL PROVISIONS AND DEFINITIONS</u> › § 3-118. STATUTE OF LIMITATIONS.

## § 3-118. STATUTE OF LIMITATIONS

g) Unless governed by other law regarding claims for indemnity or contribution, an action (i) for conversion of an <u>instrument</u>, for money had and received, or like action based on conversion, (ii) for breach of warranty, or (iii) to enforce an obligation, duty, or right arising under this Article and not governed by this section must be commenced within three years after the [cause of action] accrues.

**9-DISCRIMINATION AGAINST MINORITIES**

# DISCRIMINATION AGAINST MINORITIES

## Countrywide To Pay $335 Million to Settle Lending Discrimination Charges

**Minority borrowers were charged higher fees or placed in subprime loans**

12/21/2011 | ConsumerAffairs



### By James R. Hood

ConsumerAffairs' founder and former editor, Jim Hood formerly headed Associated ... Read Full Bio→

Email Jim Hood Phone: 866-773-0221

- Google+
-



The Department of Justice today filed its largest residential fair lending settlement in history to resolve allegations that Countrywide Financial Corporation, now part of Bank of America, discriminated against qualified African-American and Hispanic borrowers in their mortgage lending from 2004 through 2008.

The settlement provides $335 million in compensation for victims of Countrywide's discrimination during a period when Countrywide originated millions of residential mortgage loans as one of the nation's largest single-family mortgage lenders.

The settlement, which is subject to court approval, was filed today in the U.S. District Court for the Central District of California in conjunction with the department's complaint which alleges that Countrywide discriminated by charging more than 200,000 African-American and Hispanic borrowers higher fees and interest rates than white borrowers in both its retail and wholesale lending.

The complaint alleges that these borrowers were charged higher fees and interest rates because of their race or national origin, and not because of the borrowers' creditworthiness or other objective criteria related to borrower risk.

## Subprime loans

The United States also alleges that Countrywide discriminated by steering thousands of African-American and Hispanic borrowers into subprime mortgages when non-Hispanic white borrowers with similar credit profiles received prime loans. All the borrowers who were discriminated against were qualified for Countrywide mortgage loans according to Countrywide's own underwriting criteria.

"The department's action against Countrywide makes clear that we will not hesitate to hold financial institutions accountable, including one of the nation's largest, for lending discrimination," said Attorney General Eric Holder. "These institutions should make judgments based on applicants' creditworthiness, not on the color of their skin.

"With today's settlement, the federal government will ensure that the more than 200,000 African-American and Hispanic borrowers who were discriminated against by Countrywide will be entitled to compensation," Holder said.

The settlement resolves the United States' pricing and steering claims against Countrywide for its discrimination against African Americans and Hispanics.

## Based on race

The United States' complaint alleges that African-American and Hispanic borrowers paid more than non-Hispanic white borrowers, not based on borrower risk, but because of their race or national origin. Countrywide's business practice allowed its loan officers and mortgage brokers to vary a loan's interest rate and other fees from the price it set based on the borrower's objective credit-related factors. This resulted in African American and Hispanic borrowers paying more.

The complaint further alleges that Countrywide was aware the fees and interest rates it was charging discriminated against African-American and Hispanic borrowers, but failed to impose meaningful limits or guidelines to stop it.

"Countrywide's actions contributed to the housing crisis, hurt entire communities, and denied families access to the American dream," said Thomas E. Perez, Assistant Attorney General for the Civil Rights Division. "We are using every tool in our law enforcement arsenal, including

some that were dormant for years, to go after institutions of all sizes that discriminated against families solely because of their race or national origin."

## Steering

The United States' complaint also alleges that, as a result of Countrywide's policies and practices, qualified African-American and Hispanic borrowers were placed in subprime loans rather than prime loans even when similarly-qualified non-Hispanic white borrowers were placed in prime loans.

The discriminatory placement of borrowers in subprime loans, also known as "steering," occurred because it was Countrywide's business practice to allow mortgage brokers and employees to place a loan applicant in a subprime loan even when the applicant qualified for a prime loan. In addition, Countrywide gave mortgage brokers discretion to request exceptions to the underwriting guidelines, and Countrywide's employees had discretion to grant these exceptions.



The settlement provides $335 million in compensation for victims of Countrywide's discrimination during a period when Countrywide originated millions of residential mortgage loans as one of the nation's largest single-family mortgage lenders.

The settlement, which is subject to court approval, was filed today in the U.S. District Court for the Central District of California in conjunction with the department's complaint which alleges that Countrywide discriminated by c...

More

# COUNTRYWIDE BANK OF AMERICA DISCRIMINATION AGAINST HISPANICS AND BLACKS

## Illinois Charges Countrywide Discriminated Against Minority Borrowers

### African-American, Latino homebuyers were steered into risky subprime loans, suit charges

06/30/2010 | ConsumerAffairs

Illinois Attorney General Lisa Madigan has filed a lawsuit against Countrywide, a subsidiary of Bank of America, for unlawfully discriminating against African American and Latino borrowers in home mortgage sales, in violation of the Illinois Human Rights Act and the Illinois Fairness in Lending Act.

Countrywides illegal discriminatory lending practices destroyed the wealth and dreams of thousands of African American and Latino homeowners, Madigan said. Bank of America needs to be held accountable by taking financial responsibility for cleaning up the devastation of the predatory company that it chose to take over.

Madigans complaint alleges that the former mortgage giant steered African American and Latino borrowers into risky subprime mortgages more often than similarly-situated white borrowers. The complaint also alleges that minority borrowers paid more for mortgages across Countrywides product line, including its prime loans.

Significantly, Madigans analysis of Countrywide loan data found that the racial disparities could not be explained by objective factors, such as borrowers credit scores or debt-to-income ratios.

At the height of the housing bubble, Countrywide was the largest mortgage lender in the country and in Illinois. Countrywide was also the states top seller of subprime loans. Bank of America bought Countrywide in 2008.

The failure of millions of higher-cost, or subprime, mortgages nationwide is largely responsible for triggering the ongoing foreclosure crisis and resulting economic recession.

Madigans lawsuit is the result of a two-year investigation of Countrywides lending policies and practices that were in place during the years directly preceding the collapse of the housing market. The Attorney General issued a fair lending subpoena to Countrywide in March 2008, after a *Chicago Reporter* study of federally collected mortgage lending data for the Chicago area found that, in 2006, Countrywide Financial Corporation sold higher-cost loans to 50.9 percent of

Case 2:23-cv-00890-RFB-NJK    Document 1    Filed 06/06/23    Page 92 of 97(673 of 704)
Case 1:20-17181-23/06/2024, ID: 12025300_1-DktEntry 15.1-Page 69 of 300
Case 2:18-cv-01800-JCM/VCF, Document 1, Filed 09/18/18 Page 16 of 248

its African American borrowers and 33.8 percent of its Latino borrowers, while only 19.5 percent of the companys white borrowers received high-cost loans.

The Attorney General's investigation included a statistical analysis of data from over 83,000 Countrywide mortgages originated in Illinois from 2005 through 2007. Madigans office also interviewed former Countrywide employees and mortgage brokers, and spoke with Countrywide borrowers about their home loans.

## Bad odds

As outlined in the complaint, Madigans analysis of Countrywides loan data found that the odds that African American and Latino borrowers would receive a higher-cost subprime mortgage from Countrywide were three times greater than those of white borrowers. In addition, Madigans investigation found that Countrywide charged African American and Latino borrowers higher interest rates and fees on loans spanning the companys range of products, including its prime products, as compared with similarly-situated white borrowers.

Madigans investigation further found that the disparities in Countrywides subprime sales and loan pricing were the result of Countrywide policies that gave employees and mortgage brokers almost unlimited discretion in the selection and pricing of loans.

Its disturbingly clear that if you were an African American or Latino borrower who walked into a Countrywide store, you likely paid more for your mortgage than a white borrower, Madigan said. Countrywide effectively imposed a surcharge on mortgage loans based on race and ethnicity.

The Attorney Generals lawsuit asks the court to find that Countrywide engaged in a pattern and practice of discrimination, enter an injunction against Countrywide to permanently prohibit the company from discriminatory acts as described in the complaint, make restitution to all victims of Countrywides discrimination, pay civil penalties of $25,000 for each violation of the Illinois Human Rights Act, and order any other relief that the court deems equitable.

The filing is the second lawsuit Madigan has brought against Countrywide. In 2008, she filed a consumer fraud lawsuit against the lender for its major role in driving the foreclosure crisis, and in November 2008, she led negotiations that resulted in an $8.7 billion settlement of that lawsuit with Bank of America.

It is also the second fair lending lawsuit Madigan has brought against a major mortgage lender. In July 2009, Madigan filed a lawsuit against Wells Fargo for violating the states fair lending and civil rights laws, becoming the first state attorney general in the nation to sue a federally-chartered lender for its role in creating the foreclosure crisis. The Wells Fargo litigation is ongoing.

## Steered minority borrowers

Specifically, Madigans complaint alleges that Countrywides retail employees and mortgage brokers had the discretion to choose the type of products offered to borrowers and to manipulate

Case 2:23-cv-00890-RFB-NJK   Document 1   Filed 06/06/23   Page 93 of 97 (574 of 704)
Case 1:20-cv-01808-03/06/2024, ID: 12025300, DktEntry: 15.5, Page 170 of 309
Case 2:20-cv-01808-JVM-MRF   Document 1-1   Filed 09/15/16   Page 169 of 248

borrowers financial information that was entered into the companys automated underwriting system. As a result of this discretion, the complaint alleges, minority borrowers were steered into subprime mortgages when they qualified for prime loans.

The Attorney General further alleges that Countrywide failed to institute an adequate system for automatically referring eligible borrowers from subprime to prime. Although the company added an Uplift protocol to its underwriting system in 2002 to supposedly prevent prime-eligible borrowers from being placed into subprime loans, Madigan alleges that the Uplift program failed as a safeguard because it depended on a combination of automated underwriting and human discretion. When interviewed by Madigans office, former Countrywide employees and brokers reported that they had rarely or never seen subprime loans uplifted to prime.

## Minority borrowers paid more

Madigans complaint alleges similar abuses of discretion in the pricing of Countrywides loans. As outlined in the lawsuit, Countrywide provided employees and brokers with rate sheets that spelled out the mortgage interest rates borrowers qualified for, based on certain credit factors. However, Madigan found that Countrywide gave employees and brokers discretion to sell borrowers loans with higher interest rates than those indicated by the rate sheets.

The complaint also alleges that Countrywides broad discretionary pricing policies allowed employees and brokers to use a number of devices to increase the interest rates on loans. These included manipulating the amount of cash a borrower took out on a refinance, which would increase the loan-to-value ratio, and adding features to the loan such as a prepayment penalty or an adjustable interest rate.

Illinois Attorney General Lisa Madigan has filed a lawsuit against Countrywide, a subsidiary of Bank of America, for unlawfully discriminating against African American and Latino borrowers in home mortgage sales, in violation of the Illinois Human Rights Act and the Illinois Fairness in Lending Act.

Countrywides illegal discriminatory lending practices destroyed the wealth and dreams of thousands of African American and Latino homeowners, Madigan said. Bank of America nee...

# Countrywide Accused of Gouging Active-Duty Military

**Suit charges lender ignored federal law requiring lowered interest for active-duty servicemembers**

01/07/2009 | ConsumerAffairs



**By Truman Lewis**

A former reporter and bureau chief for broadcast outlets and ... Read Full Bio→

Email Truman Lewis Phone: 866-773-0221

- Google+
- 

Bank of America's Countrywide Home Loans Inc. faces a lawsuit charging that it failed to grant members of the armed forces the discounted interest rates that they are entitled to by law.

The suit, which seeks class action status, was filed in New Jersey U.S. District Court on behalf of U.S. Navy reservist Michael Fourte, who had a $680,000 mortgage with Countrywide when he was called to active duty in September 2006.

The Soldiers and Sailors Credit Relief Act (SCRA) provides that when a servicemember is called to active duty, his or her lenders are required by law to immediately reduce the interest rate on mortgages, car loans, credit card and other debts to 6 percent when the servicemember provides written notification and a copy of the mobilization orders.

But Fourte said Countrywide ignored his pleas for a reduction in the interest rate on his mortgage and on a home-equity line of credit when he notified them that he had received orders calling him to active duty, as required by the SCRA. Instead, Countrywide allegedly said its policy was to wait until the servicemember had actually entered active duty.

Fourte, a recent law school graduate, said he advised Countrywide that its policies were in violation of the law but was ignored.

The suit charges that in December 2006, while Fourte was deployed overseas, Countrywide sent him a letter contesting his claim that he was on active duty. Fourte said he provided the documentation but in February 2007, Countrywide increased the interest rate on his mortgage to 8.25 percent.

Case 2:23-cv-00890-RFB-NJK    Document 1    Filed 06/06/23    Page 95 of 97 (576 of 704)
Case 2:10-cv-01802-JCW-2024, ID: 12025300, DktEntry: 185.5 Page 726 of 309
Case 2:10-cv-01802-JCW-2024, Document 11-1 Filed 09/15/18 Page 167 of 248

Fourte's lawyer, Barry Gainey, said Countrywide holds mortgages on the homes of more than 17,000 servicemembers who have been called to active duty.

Gainey said his investigation has found that Fourte's case is not unusual. He charged that Countrywide routinely delays action for "a month or two" after a servicemember is called to duty. When it finally reduces the interest rate, it does not always reduce the actual payment, simply adjusting the percentage of the payment applied to the principal of the loan.

Gainey noted that Countrywide recently settled other claims made the the the attorneys general of 11 states for more than $3.5 billion but refuses to give servicemembers the relief they are entitled to by law.

"If Countrywide agreed to give each servicemember $1,000 to settle the lawsuit ... the settlement would be approximately $17 million, which is less than one-half of one percent of the $3.5 billion settlement they agreed to earlier this month for the regular citizens of 11 states," Gainey said.

"Now that Bank of America owns Countrywide, perhaps they will re-evaluate their treatment of U.S. servicemembers and their families," Gainey said.

Servicemembers who believe they are in a similar situation to Fourte can contact Gainey at 201 225-9001, he said.



Bank of America's Countrywide Home Loans Inc. faces a lawsuit charging that it failed to grant members of the armed forces the discounted interest rates that they are entitled to by law.

The suit, which seeks class action status, was filed in New Jersey U.S. District Court on behalf of U.S. Navy reservist Michael Fourte, who had a $680,000 mortgage with Countrywide when he was called to active duty in September 2006.

The Soldiers and Sailors Credit Relief Act (SCRA) prov...

"Countrywide's unfair lending practices have harmed tens of thousands of borrowers who've been placed in unaffordable loans and, as a result, our communities are now being de-stabilised by a skyrocketing number of home foreclosures," Madigan said.

Countrywide is a shell of its former self, but is in the process of being acquired by Bank of America. The lawsuits were filed on the same day that Countrywide stockholders were voting on the BOA sale.

California Attorney General Edmund G. Brown Jr. today sued Countrywide Financial, its chief executive Angelo Mozilo, and president David Sambol, for engaging in deceptive advertising and unfair competition by pushing homeowners into mass-produced, risky loans for the sole purpose of reselling the mortgages on the secondary market.

Countrywide exploited the American dream of homeownership and then sold its mortgages for huge profits on the secondary market, Brown said. The...

More

# Countrywide To Pay $108 Million for Overcharging Struggling Homeowners

## Loan servicer inflated fees, mishandled loans of borrowers in bankruptcy, agency says

06/07/2010 | ConsumerAffairs

Two Countrywide mortgage servicing companies will pay $108 million to settle Federal Trade Commission (FTC) charges that they collected excessive fees from cash-strapped borrowers who were struggling to keep their homes.

That represents one of the largest judgments imposed in an FTC case, and the largest mortgage servicing case. The money will be used to reimburse overcharged homeowners whose loans were serviced by Countrywide before it was acquired by Bank of America in July 2008.

"Life is hard enough for homeowners who are having trouble paying their mortgage. To have a major loan servicer like Countrywide piling on illegal and excessive fees is indefensible," said FTC Chairman Jon Leibowitz. "We're very pleased that homeowners will be reimbursed as a result of our settlement."

## Charges outlined

According to the complaint filed by the FTC, Countrywide's loan-servicing operation deceived homeowners who were behind on their mortgage payments into paying inflated fees -- fees that could add up to hundreds or even thousands of dollars.

Many of the homeowners had taken out loans originated or funded by Countrywide's lending arm, including subprime or "nontraditional" mortgages such as payment option adjustable rate mortgages, interest-only mortgages, and loans made with little or no income or asset documentation, the complaint states.

Mortgage servicers are responsible for the day-to-day management of homeowners' mortgage loans, including collecting and crediting monthly loan payments. Homeowners cannot choose their mortgage servicer. In March 2008, before being acquired by <u>Bank of America</u>, Countrywide was ranked as the nation's top mortgage servicer, with a balance of more than $1.4 trillion in its servicing portfolio.

## Profiting from hard times

When homeowners fell behind on their payments and were in default on their loans, Countrywide ordered property inspections, lawn mowing, and other services meant to protect the lender's interest in the property, according to the FTC complaint.

But rather than simply hire third-party vendors to perform the services, Countrywide created subsidiaries to hire the vendors. The subsidiaries marked up the price of the services charged by the vendors — often by 100 percent or more -- and Countrywide then charged the homeowners the marked-up fees.

The complaint contends the company's strategy was to increase profits from default-related service fees in bad economic times. As a result, even as the mortgage market collapsed and more homeowners fell into delinquency, Countrywide earned substantial profits by funneling default-related services through subsidiaries that it created solely to generate revenue.

According to the FTC, under most mortgage contracts, homeowners must pay for necessary default-related services, but mortgage servicers may not mark up the cost to make a profit or charge homeowners for services that are not reasonable or appropriate to protect the mortgage holder's interest in the property. Homeowners do not have any choice in who performs default-related services or the cost of those services, and they have no option to shop for those services.

## Fast and loose

In addition, in servicing loans for borrowers trying to save their homes in Chapter 13 bankruptcy proceedings, the complaint charges that Countrywide made false or unsupported claims to borrowers about amounts owed or the status of their loans. Countrywide also failed to tell borrowers in bankruptcy when new fees and escrow charges were being added to their loan accounts.

The FTC alleges that after the bankruptcy case closed and borrowers no longer had bankruptcy court protection, Countrywide unfairly tried to collect those amounts, including in some cases via foreclosure.

## Settlement terms