UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SILVIA REGINA LASKO, et al.,<br><br>     Plaintiff(s),<br><br>v.<br><br>AMIP MANAGEMENT, et al.,<br><br>     Defendant(s). | Case No. 2:23-cv-00890-RFB-NJK<br><br>**Order**<br><br>[Docket No. 22] |

Pending before the Court is Defendants' discovery plan. Docket No. 22. Defendants seek to delay their discovery obligations pending resolution of dispositive motion practice. *See id.* at 2-3. "The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). Instead, discovery may be stayed when: (1) there is a pending motion that is potentially dispositive; (2) the potentially dispositive motion can be decided without additional discovery; and (3) the Court has taken a "preliminary peek" at the merits of the underlying motion and is convinced that Plaintiff will be unable to state a claim for relief. *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013).

Accordingly, Defendants' discovery plan is **DENIED**. Defendants must file a motion to stay discovery addressing the pertinent standards by August 17, 2023. If Defendants do not do so, the parties must file a joint discovery plan by August 24, 2023.

IT IS SO ORDERED.

Dated: August 11, 2023

                                                                                        
Nancy J. Koppe
United States Magistrate Judge